DATE: October 24, 2017

Curry; Steven Duane ©
OCDC C-101 #38970
Alamogordo, NM [88310]

To: CLERK OF COURT
U.S. FEDERAL DISTRICT COURT
PETER V. Domenochi Bldg.
US Court House, Suite #270
333 Lomas BLVD.
Albuquerque, N.M. 87102

17CV1079 RB/GJF

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
OCT 30 2017
MATTHEW J. DYKMAN
CLERK

RE: STATE OF NEW MEXICO Vs. STEVEN DUANE CURRY
CAUSE No. MAGISTRATE COURT: M-38-ER-2017-00036
"       " DISTRICT COURT: D-1215-CR-2017-00473
REQUEST: NEW FEDERAL DISTRICT COURT CASE NO. ____
SUBJECT: AFFIDAVIT / PETITION / NOTICE OF COUNTER-CLAIM
TO STRIKE, DISSOLVE, DISMISS, DISCHARGE, AND ABATE
THE ABOVE STATE CAUSES, GIVEN ① LACK OF LEGISLATIVE
AUTHORITY TO ACCEPT SUBJECT MATTER JURISDICTION FROM
PRO-SE-CUTORS, WHERE SUCH JURISDICTION NEVER EXISTED;
② Lack of PROPER & Lawful Venue with which to
prosecute or try the non-military, civilian, Living-born
Affiant, as the Otero County Courts remain in Conflict
and in Contradiction as to their being Constitutional
or their being Administrative Military Courts Martial,
or Administrative Ministerial Probate Courts, as Visual
& Iconic elements of these various court types are
on full display. ③ The Affiant asks that the Courts
be in accordance with Article III Courts as mandated

page #1 of 6

[Left margin, vertical text:] Filing the Operating Affidavit / pro-se Litigant, As Affiant's rights to represent himself, its such, are recognizing Military operating at 300 Broadway NW, Albuquerque, NM 312, Legal Advisory Jonathan Miller Esq. @ 505-610-2029

by the pre-1871 US Constitution. (4) That the Federal Court waive all filing fees for this new case, as the Courts of Law must be free & open to all; (5) That the Federal District Court overrule, override, and otherwise use their limited territorial & personal jurisdiction to nullify & void all decisions, rulings, and orders from these lower Federal Courts operating as STATE COURTS, when they clearly are not; (6) STATE HAS FAILED TO PROPERLY & Lawfully prosecute the Affiant within the required 72 hours of his false arrest, wherein the Affiant has not been lawfully arraigned since 1800 hours on Sept. 22, 2017 up to this date & time; (7) Failure to provide Affiant his Due Process of Law, nullifies & voids the STATE'S personal & subject matter jurisdiction to prosecute the Living Affiant any further, and the Affiant Must, under law, be released without further injury, denial, delay, or obstruction. (8) The STATE'S MULTIPLE VIOLATIONS Against the Living Affiant's unalienable, natural, and Constitutional rights under Color of Law, pursuant 18 USC 241 & 242, 42 USC 1893 & 1895 (3), etc. etc. (9) The STATE'S CRIMINAL CONVERSIONS OF THE AFFIANTS EXPRESSIONS & EXECUTIONS OF HIS CONSTITUTIONAL RIGHTS FOR the PURPOSES OF CONCEALING THE STATES CRIMINAL TRESPASS, KIDNAPPING, FALSIFYING AFFIANT'S ARREST & WRONGFUL IMPRISONMENT.

(10) STATE'S FRAUD UPON THE COURT IN FILING OF FALSE AFFIDAVITS, INCIDENT REPORTS, AND HEARSAY EVIDENCE SUBMISSIONS TO A GRAND JURY ASSEMBLED EX POST FACTO; (11) STATE'S WITNESS TAMPERING; (12) STATE'S JURY TAMPERING; (13) STATE'S EVIDENCE TAMPERING; (14) STATE'S OBSTRUCTION OF COMMERCE & TRADE, PURSUANT 15 USC 1 & 2; (15) STATE'S OBSTRUCTION OF JUSTICE; (16) STATE'S CONTEMPT OF U.S. SUPREME COURT; (17) STATE'S FAILURE TO STATE A CLAIM UPON WHICH A COURT MAY GRANT A REMEDY, AS PER FRCP #12(b); (18) Failure of State Judiciary to disclose it's Monopoly over State Interests & Operations; (19) Failure of State Judiciary to comply with 28 USC 455; (20) STATE & JUDICIARY'S FAILURE TO PROTECT & SAFEGUARD THE AFFIANT'S LIFE & PROPERTIES, AS PER HALE V. Henkel (1905); etc., etc., etc.

It is the Prayer of this Living Affiant, that the Federal District Court will exercise its very limited & restricted jurisdiction to hold to account Dist. Attorney David J. Hunter, Otero County Sheriff's Deputy, and other officers engaged, and Mrs. Roseanne B. Esquibel, for their efforts to subvert, usurp, and deprive the affiant of his unalienable natural, and Constitutional rights; and to subvert the

page 3 of 6

[left margin, rotated:] "Constitutional Rights are self-executing and require no legislative Act to make them operative." Medina v. People (1948) / "No Part of this Act shall be used to violate anyone's Constitutional Rights!" — Administrative Procedures Act, Sect. #12 (1948)

Supreme Laws of the Land, and to do so in their private capacities, and well outside of their official positions.

The Affiant asks that all charges against him and/or his estate, be discharged, dismissed, sealed off, and settled without any further denial, delay, and obstruction.

The Affiant also prays the Federal Dist. Court will grant the Affiant his full relief & remedy he is entitled to under State & Federal Law and the protections he deserves under 18 USC 3771.

The relief & remedy entitlement includes, but is not Limited to; $1086.- per minute for each & every minute of the Affiant's false detention & arrest, and every minute of his kidnapping and forced captivity as a military-political prisoner payable to 2400 hours on the day of his release, regardless of the exact hour of his discharge.

The Affiant's relief & remedy includes the State & County being 100% responsible for the injuries & damages sustained by the Affiant, including but not Limited to; ① Blunt force trauma to the Head, ② Subdural Hematoma; ③ Hearing Loss; ④ Vision Loss; ⑤ Memory Loss; ⑥ Crushed Ring Finger; ⑦ $4500 Wedding Ring Replacement; ⑧ Neurological damage that resulted from choking & asphixiation,

page #4 of 6

and severe subluxation of Vertabra & Neck muscles. — Officers Hunter & Sanchez are fully responsible for these injuries, and all restoration funds should come from their pockets & the County's CAFR funds!

The Affiant wishes to stand upon his constitutional rights, and his unlimited power to contract as expressed in numerous US Supreme Court cases, Inasmuch, the Affiant stands on & w/ the following recitations of Law. Should anyone wish to contest the Affiant, they must first nullify & void these superior cases & Lawful instruments.

1. Universal Declaration of Human Rights
2. Magna Carta
3. Declaration of Independence
4. Judiciary Act of 1789
5. Titles of Nobility Act of 1803
6. Original & Organic XIII Amendment
7. Marbury v. Madison (1803)
8. Dredd Scott v. U.S.
9. Penhallow v. Doanes
10. Scott v. McNeal (1894)
11. Hale v. Henkel (1905)
12. Cohen v. State
13. Brady Act
14. State v. Gleason
15. State v. Gidding    ETC, ETC, ETC,

page 5 of 6

[left margin, vertical:] "The individuals natural, unalienable rights pre-date and are "long enfranced" of the establishment of the State." — Hale v. Henkel (1905). Hale v. Henkel has NEVER been refuted in over 1600 filings to the Courts.

Given this Affidavit is a Commercial Instrument the Affiant bonds this document with his WORD and conveys this instrument to the Federal District Court via the United States Post Office.

Recipient(s) have 72 hours time to argue, protest, or rebut the facts & truths expressed herein. Failure to rebut the facts in kind, in Writing, point-for-point, article-for-article, under Oath, and under the penalty of perjury, will result in the tacit acceptance & agreement to the terms & conditions set forth herein.

The Affiant, Sean, looks forward to the Clerk of Court assigning a new Federal District Court Case No.# and Noticing the Otero County Courts, and the State Attorney General, and the County DA of this new & active Federal Case.

It is So! And so it shall be on this, the 24th Day of October, 2017.

_(signature)_

Affiant's Private Indemnity Bond-     Paramount Secured Party Creditor
SX-00001-# AMR140001RA3934276-     Non-US Domestic/Non Resident Alien
64 US / RE 118167882 US -            Holder in Due Course
2640220 (See TRACER #) -             All Rights Retained & Reserved
- US TREASURY # 526788648           UCC 1-308
RE 118167882 US - 2640220

page # 6 of 6

From: Shalom Dunn ©
OCDC C-101 # 3897D
Alamogordo, NM [88310]

Important Mail
Legal Expedite!!
Please Deliver

RECEIVED
At Albuquerque, NM
OCT 30 2017
MATTHEW J. DYKMAN
CLERK

EL PASO TX 799
28 OCT 2017 PM 2 L

To: Clerk of Court
U.S. Federal District Court
Peter V. Domenici Bldg.
U.S. Courthouse, Suite #270
333 Lomas BLVD.

DETENTION CENTER
INMATE CORRESPONDENCE

