FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

NOV 13 2017

MATTHEW J. DYKMAN
CLERK

AFFIDAVIT

Notice of Revocation of Consent

Date: October 19 ... Curry; Steven Duane

... C-101 # 38970

To: James County's Administrative Clerk ... Alamogordo, N.M.

STATE OF NEW MEXICO v. STEVEN ...

TR-... 2017 / SW-171006 / M-38-CR-2017-00036

DA-1715-CR-2017-00473 17cv1079 RB/GJF

To: [illegible] County's Administrative Clerk of Court

Twelfth Judicial District

Otero County Courthouse

1000 New York Ave.

Alamogordo, N.M. 88310

Be it known to all men, especially to those who serve the STATE of New Mexico or the private foreign judiciary, that the Affiant, being a sentient living being at the age of majority, a non-combatant civilian, and a Non-resident alien, does make the following Declaration in Revoking his free willed Consent from any & all presumptions of Contract that he may have signed under duress, threat, intimidation, or under the threat & force of arms.

All such unilateral & gratuitous bailments are then Nullified & Void of the Affiant's Consent to contract. There exists, then, no binding or enforceable Contract on the record between the STATE of New Mexico and STEVEN

Company, or any other Corporation or corporeal alias by that name, as the fictional & artificial PERSON is physically incapable of signing or autographing such contracts, and the living sentient being, as in the artificial Person's Authorized Agent, does Not grant his knowledgeable & free willed consent to the STATE, which would allow the STATE to criminally convert the Affiant's inalienable & natural rights into sanctionable & punishable felony offenses under the STATE's statutory codes, rules, and color of law.

Such constructive frauds & criminal conversions by the State are considered felony offenses & breaches of the Public Trust when the State is constitutionally obligated & duty-bound to protect & safeguard the Affiant's Life, Pursuits, and Properties. [See Hale v. Henkel (1906)]

Deprivations, Subversions, and usurpations of the Affiant's inalienable, natural, and Constitutional rights by the State & the private foreign judiciary, are all abrogations of, and in stark contradiction to the US & State Constitutions, and are Sanctionable and punishable under the UCMJ, the Lieber Code, 28 USC, 18 USC, 15 USC, and 42 USC, [illegible]

No person or [illegible] shall presume to have subject matter jurisdiction over the living-born Affiant without showing true & accurate cause, and without first acquiring the free willed Consent of the Affiant, pursuant 28 USC 636 [illegible], Contract Law.

This Affidavit is also constructed as an Incident Report of Criminal Activity, wherein the recipients & reviewers of this Affidavit are obligated & duty-bound to report the criminal activity of DA's Hunter & [illegible], and Deputy Sanchez to their superiors in the Judiciary and in the Military; pursuant 18 USC 3, 4, & 5.

It stands then, as the facts & truth of the matter, that the Affiant, holding his Superior Claim of Entitlement of being alive, and not being an abandoned or salvageable vessel at sea, does revoke any previous consent he may have given to be boarded, pirated, or plundered, by those flying their private foreign military flags. The Affiant is, overall, engaged in the peaceful & civil trade of living, and he has not injured or damaged any other living being while engaged in his free trade.

The Affiant, then, has the right to be freed from his wrongful captivity, and to be compensated for his injuries & trade losses without delay, denial, or further obstruction. It is so, and so it shall Be!!

[signature]

All Rights Reserved

UCC 1-308

The Affiant does stand on his Constitutional Rights as well as * Relevant Case laws & [illegible] *

1. Declaration of Independence
2. Magna Carta
3. 10 Commandments
4. Judiciary Act of 1789
5. Act 1871 Constitution
6. Original Agenda XIII Amendment (1819-1869)
7. Titles of Nobility Act (1803)
8. Marbury v. Madison (1803)
9. Lieber Code (1863) / Pres. Exec. Order 100
10. Emergency Banking Act
11. [illegible] Act
12. Federal Reserve Act 1913
13. [illegible] - 1932
14. Penhallow v. Doanes
15. [illegible] v. [illegible] (1894)
16. Hale v. Henkel (1906)
17. [illegible] Act
18. [illegible] v. [illegible]
19. [illegible] v. [illegible]
20. [illegible] v. Shelby
21. [illegible] v. US
22. [illegible] v. US Memorandum of Law
23. Bishop v. [illegible]
24. Miranda v. Arizona
25. Murdock v. People (1943) Cal. Supreme Court
26. [illegible] v. US
27. [illegible] v. [illegible]

Avry, Steven Duane ©
OCDC C-101 # 38970
Alamogordo, NM [88310]

URGENT
Legal Mail !!
Please Expedite Delivery

DETENTION CENTER
INMATE CORRESPONDEN

EL PASO TX 799
08 NOV 2017

RECEIVED
At Albuquerque NM

NOV 13 2017

MATTHEW J. DYKMAN
CLERK

To: Matthew J. Dykman
Clerk of Court
US DISTRICT COURT OF NEW MEXICO
US Courthouse, # 270
333 LOMAS BLVD, N.W.
Albuquerque, N.M. 87102

87102327474 C023

Case # 2:17-CV-01079 (iam)