Nov 7, 2017

Curry, Aaron Duane ©
cdc-c-101 # 38970
Alamogordo, NM 88310

To: Matthew J. Dykman
Clerk of Court
US Federal District Court of New Mexico
US Courthouse, Suite 270
333 Lomas Blvd, N.W
Albuquerque, NM 87102

**FILED**
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
NOV 13 2017
MATTHEW J. DYKMAN
CLERK

Re: Curry v. State of New Mexico
Case # 2:17-cv-01079 (iam)
RB/GJF

Subject: URGENT PETITION, DEMAND; WRIT OF HABEAS CORPUS FOR IMMEDIATE RELEASE OF POLITICAL PRISONER PURSUANT THE STATE JUDICIARY'S WILLFULL ABROGATIONS; VIOLATIONS Against the Petitioner's Life & Properties;

① Failure of State, or the private foreign judiciary representing the private interests of the state, to produce any lawful or genuine Notices & Causes of Actions supporting their false detention, abduction and wrongfull incarceration of the Prisoner for the past 45 days, since 9/22/2017.

② Failure of the State & the private foreign judiciary to state a claim upon which any court could grant a remedy for, as the State & Judiciary lack the capacity to be injured or to have their rights impaired or subverted [Frcp Rule 12(b)]

Page 1 of 6

[left margin, vertical:] The failure of the Private foreign judiciary & the Corporate entity of the Corporate court/state to stand to & honorably be held accountable in Christ Jesus name God incarnate, named as the 1st Priority challenge of the 12th Judicial has failed their Admissions, their alleged claim(s), is that the Prisoner

③ Failure of State or the private foreign judiciary to provide minimal Due Process of Law the Petitioners protecting & safeguarding the Petitioner's life & properties against acts of oppression & tyranny by the State & private judiciary. [See IV, V, VI, VII Amendments]

④ Failure of State or the private foreign judiciary to protect & safeguard a Registered Crime Victim, Witness, and Informant, pursuant 18 USC 3771;

⑤ Failure of State and/or the private foreign judiciary to produce to the record their Legislative authority to presume either subject matter jurisdiction, or any judicial discretion to hear, see, review, adjudicate, rule, order, or to condemn the private matters of the living born sentient born, but above the authority powers to incarcerate or imprison a living embodiment of the Christ & the Spirit of God. [See Scot v. McNeal (1894); Public Law 86-772; 18 USC 1512, #480 & 481]

⑥ Failure of State and the private foreign judiciary to be in full compliance with the Roman Cannons Rules of Law, the State & US Constitutions, the Administrative Procedures Act, sect. #12 (1948), the ABA's Professional Rules of Ethics; Rules of Corpus Juris Secundum; the US Codes of Law; the Lieber Code of 1863; Potus Executive Orders #100 & #10834; the BAR Treaty of 1948; The Hague Convention; the Sherman

Antitrust Act, the Taft Hartley Act, etc., etc.

(7) The Failure of the State & private foreign judiciary to recognize the Petitioner's free & common right to his self defense, enjoy & express his natural, unalienable & constitutional rights with impunity, and all without the State or Judiciary imposing sanctions, penalties & punishments for expressing & executing same;

(8) The Failure of the State and/or private foreign judiciary to Declare a State of Martial Law which would suspend the Petitioner's Writ of Habeas Corpus;

(9) The Failure of the State in preventing the private foreign judiciary from commencing actions against the Petitioner in courts of Law or Equity, as prohibited by the XI Amendment of the US Constitution [See "Acts of Barratry"]

(10) Failure of State to demand Mr. Counts to fully disclose his personal financial interests & holdings in the Otero County Detention Center, as Required under 28 USC 455, which was promulgated to mitigate financial & political conflicts of Interest. [See also ABA's Rules of Professional Ethics, Rule "4"]

(11) Failure of State & Judicial officers to perform their duties within their legislated & delegated authority & jurisdiction as required in the State & US Constitutions. [See Jurisdiction: Black's Law Dictionary, 8th Edition]

page 3 of 6

(12) Failure of State & Judicial Officers to produce a serviceable Valid, Undersigned & Stamped Arrest Warrant from the State of Colorado in plain contradiction & violation of the IV Amendment prohibitions, and the Judiciary Act of 1789, which does not permit the issuance of an arrest warrant in one Judicial District for service in another Judicial District.

(13) Failure of State to extinguish, sanction and penalize Det. David I. Hunter from holding a Public Service Office & Government office in severe violation of New Mexico State "ELECTION Laws, State-ment or Parties Act," "Twice at Liberty Act" and the "Organic" Original XIII Amendment!

(14) Failure of Private Foreign Judicial Officers from disclosing their Monopoly over State services & Exclusions to the People of New Mexico, and their failure to render Low-cost services as per their contracts with the State & with the People.

(15) Failure of the State & private foreign Judiciary to govern themselves as Public Trustees & Fiduciaries, rather than as Creditors & Beneficiaries which they are NOT!

(16) Failure of State & the private foreign Judiciary to employ their Revenue Officers & Code Enforcers into the field without proper Id, Oaths, Bonds

page 4 of 6

certificates of Liability, genuine & verifiable
IV Amendment Search & Seizure Warrants,
Video Body Cams & Dash Cams to insure they
are within Constitutional parameters.

(17) Failure of the State & private foreign Judiciary
officers to insure the honor, character, and
integrity of the Grand Jury, and that the
Jurors are NOT influenced, prejudiced, or biased
before reviewing the case, and before reaching
any sort of verdict that could be collaterally
attacked or estopped by the Petitioner.

(18) Failure of State in preventing prosecutor
DA Roxeanne L. Esquibel, Esq. from tainting &
poisoning the Grand Jury by submitting a full
page of criminal allegations, or "Penalties" caused
by the Petitioner. These fabrications were
produced from the OCDC Mental Health team,
in spite of HIPPA Laws, and the Petitioner was
declared a principal in the rape & death of a
2 yr. child, child predation, DUI, Murder,
Firearms Violations, and a host of other evil
wrongdoings — all to influence the Jurors to
produce a "True Bill of Indictment" against
the Petitioner; aka "A Charlie Manson," or Jeffrey Dahmer

(19) Failure of the State, then, of holding Judicial
officer/agent accountable for Jury Tampering,
Witness Tampering & Evidence Tampering &
Suppression of Exculpatory Evidence that would

Page 5 of 6

have ever eschewed & acquitted the Petitioner of all wrongdoing. Harvard Proj. Rule 35(c).

20) Failure of the State to hold its account Mr. Counts for his practicing Medicine from the Bench without a State issued Medical license when he signed a Commitment order for a Mental exam of the Petitioner upon the Petitioner challenging Counts to overcome his Legislative authority to presume Subject matter jurisdiction & judicial discretion to hear, view, review, adjudicate, or rule over the Living Petitioner —— who is equally entitled to Litigate his case Pro Se within a Court of competent Jurisdiction as ordered in Article III of the US Constitution.

21) It is the failure of the State, then, to properly & lawfully Vet & qualify Mr. Counts' competency, no differently than the Petitioner requires Counts to be competent as well. "WHAT'S GOOD FOR THE GOOSE, is also GOOD FOR THE GANDER!" —— or so we are Told!"

The above Statements are true, genuine, and accurate in every way.

It is So, and So it shall be, on this the 7th day of November, 2017

[signature] ©

Protected Witness Enforcement





**State of New Mexico**
**Twelfth Judicial District**

STEVEN E. BLANKINSHIP
DISTRICT JUDGE, DIVISION I

1000 NEW YORK AVE., ROOM 208
ALAMOGORDO, NEW MEXICO 88310-6938
PHONE: (575) 437-3030
FAX: (575) 437-0752

October 31, 2017

Attn: Steven Curry
c/o Otero County Detention Center
C-101 #38970
Alamogordo, NM 88310

Re: State vs. Steven Curry: D-1215-ER-2017-00004 and D-1215-CR-2017-00473

Dear Mr. Curry:

    Our office received your *pro se* Petition for Exact Bill of Particulars. Your attorney, Jonathan C. Miller, **MUST ACT AS YOUR REPRESENTATIVE IN ALL DEALINGS WITH THE COURT**. A copy of your motion will be sent to Mr. Jonathan C. Miller so that he can address the issue mentioned in your Petition. If a hearing is needed, Mr. Miller will request a hearing and the court will set it as soon as possible. A copy of your motion will also be sent to Mrs. RoxeAnne B. Esquibel, Deputy District Attorney.

Sincerely,

Amanda Edwards
Trial Court Administrative Assistant