* AFFIDAVIT *
Petition for Bill of Particulars

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
NOV 13 2017
MATTHEW J. DYKMAN
CLERK

Date: October [illegible]

Curry; Stephen-Duane
OCDC C-101 #38970
Alamogordo, NM

TO: Roxanna [illegible] Esquibel, Esquire

STATE OF NEW MEXICO v. [illegible] CURRY 17cv1079 RB/GJF

TA-09026 2017 / SW-171006 / M-38-ER-2017-00036

D-1215-CR-2017-00473

SUBJECT: PETITION FOR EXACT BILL OF PARTICULARS; INCLUDING IRS TAX FORMS BEING USED BY PROSECUTORS TO REPORT INCOME, PROFIT, AND CAPITAL GAINS;

1. The Affiant, in the exercise & expression of his unlimited rights of redress & his unlimited rights to contract, or to revoke his consent to contract, demands & petitions the STATE to produce & present to the record, all exculpatory evidence that would be helpful in exonerating & acquitting the Affiant of all wrongdoing, and that would expedite his immediate release from his wrongful captivity & forced imprisonment.

2. The Prosecutors for the STATE are required to produce & present a full & complete Bill of Particulars to the Court and to the Affiant to allow them to examine the evidence for themselves and to determine the extent of the fraud being placed upon the Court by the prosecutors.

3. A full & complete Bill of Particulars shall include

the following items & documents, [Note: Failure by the prosecutors to produce & present any such item, shall render their case moot, unmeritorious and unprosecutable in any Court of law or equity. and such failure will result in the release of the Affiant without further denial, delay or [illegible].

A. The legislative authority that gave Deputy Hunter & Deputy Sanchez the personal, subject matter, & the territorial jurisdiction to execute a [illegible] expired, and an unsigned out of State warrant from Colorado, all without having said warrant in hand, without their Oaths of office, without their Bonds, with their Certificates of Liability, with ID Badges, and without their required body cameras.

B. The Letter of Marque & Reprisal authorizing Hunter & Sanchez to operate with impunity and outside of their constitutional & statutory authority & jurisdictional constraints.

c. The SA-82 "Letter of Confirmation of Political Status" issued to the District Attorney by the IRS to allow the DA to issue & collect bonds against the Affiant,

d. Certified copies of the Bid Bonds, Performance Bonds, and the Payment Bonds issued against the Affiant, and the 1099OIDs for each, and the SA-23, SA-24, and SA-25 reports

The State shall not enhance into any living entity without its free willed & informed consent. "Consent obtained by forced, coerced, or intimidated by fraud or by color of force, - Color S. [illegible]

for each; and the named Surety for each bond and the Payee/Beneficiary; and the name of holder of these bonds and their contact information.

e. An exact copy of the "Incident Report" issued & signed by Hunter, Sanchez, and others on scene during the assault & battery.

f. All video & electronic recording devices that were used to support DA Hunter's allegations and testimonies to the Grand Jury.

g. A true & exact copy of the transcripts of the Grand Jury hearing, where Hunter was given over 1½ hours to prosecute the Affiant, while the Affiant was given less than 10 minutes to testify in his own defense.

h. A true & certified Oath of Office for David J. Hunter; David Sanchez, Roxanne B. Esquibel, and Mr. James Counts.

i. A true & Certified copy of their Bonds which are required by the State to insure & securitize their oaths of office.

j. A true & Certified wet-inked & Stamped Arrest Warrant issued from Colorado that was used by Hunter & Sanchez to effect the arrest of the Affiant.

k. The exact DOB & age of the PERSON Sought in the Colorado Warrant.

L. All certified & Notarized Affidavits taken & sworn by Hunter, Sanchez, and others involved in the criminal assault of 9/22/17.

M. All documents, exhibits, and artifacts currently in possession of Public Defender [illegible] Torres, that if produced & presented to the record, would acquit & exonerate the Affiant of any wrongdoing or criminal activity.

N. A true & complete email chain of communication the Affiant was having with Tim Walsh & Michelle Wilson on the [illegible] & issuance of [illegible] Veterans' [illegible] Service [illegible], and where Tim Walsh violated the law by [illegible] the same to interfere with the Affiant's private trade, despite having been warned against such conduct.

O. A true & genuine email chain showing the dishonor, default, acceptance & agreement with the Colorado Supreme Court and the Attorney General to dismiss, discharge, set off, and settle all State charges against the Affiant as of early August 2017.

The Notice that Hunter was using as a legitimate warrant was nothing of the kind, as the original warrant had not only expired, it was(?) been dismissed with prejudice by the STATE OF COLORADO.

"Constitutional rights are self executing and require no legislative act to make them operative." Miranda v. [illegible] (Ariz) // However, Legislative authority is required by all State & federal officers prior to assuming personal, subject matter, or territorial jurisdiction. [Scott v. [illegible]]

Summary:

This Petition & Demand for a full & complete Bill of Particulars, if not answered point-for-point, article-for-article by the pro-se-cutors, in writing, under Oath, and under the penalties of perjury, and within 72 hours time from receipt of this Petition shall result in the continuing & perpetual default & dishonor of DA's [illegible] & Esquibel, and it will result in the DA's tacit acceptance and agreement that the DA's have NEVER had a meritorious case to pro-se-cute the Affiant with.

Failure to respond will also result in a Non-Judicial resolution in granting the Affiant his freedom from his forced captivity as if by an Executive Writ of Habeas Corpus!

The Affiant, by default, shall be awarded his full entitlement to relief & remedy available to him under Law. This will include a full lump sum payment of $1056.- per minute from the time of his false arrest, and up to 2400 hours of day of his release.

It is so, and so it Shall Be!!

Causa: Steven Duane©
Permanent Secured Party Creditor
Non-Resident alien

all rights retained UCC 1-308