17cv1079 RB/GJF

Nov. 10, 2017 (Veterans' Day)
49th Day of Captivity!

Curry: Kevin-Duane ©
OCDC C-101 #38970
Alamogordo, N.M. [88310]

To: Matthew J. Dykman
Clerk of Court
US Federal District Court
US Court House, Rm #270
333 Lomas Blvd. NW
Albuquerque, NM 87102

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
NOV 17 2017
MATTHEW J. DYKMAN
CLERK

RE: Curry v. State of New Mexico, et al
Case: # 2:17-cv-01079 (iam)

Subject: Affidavit / Petition for Summary Judgement Based on the Unrebutted Facts in Evidence, Pursuant 28 USC 636(b)(1)(B), (b)(3); FRCP Rule 21(b); 18 USC 3771; 18 USC 241 & 242; 42 USC 1893 & 1895(3); 15 USC 1 & 2; 18 USC 480 & 481; 15 USC 401 & 402; Public Law 80-772; 18 USC 1512;

The following unrebutted Facts stand as the Truth in Commerce, as well as being the core elements for a Summary Judgment in Commerce in full favor of the Affiant / Petitioner, and all without further Hearing, denial, delay, obfuscation, subversion, or obstruction, by the State or the private foreign Judiciary's Opposing Counsel;

1. Neither the State, or the private foreign 12th Judicial

[Left margin:] With the State / Judiciary having failed to [illegible] an Honorable Claim upon which the State District Court could grant them any remedy, their claim must be treated as Moot, unmeritorious, and nullified by this US District Court, as well!! Only the Truth can advance; the State brings the Money!!

District that re-presents the interests of the State, are currently contracted with the Affiant, and no assumptions or presumptions to the contrary are accepted as binding without the full, knowledgeable, and then willed Consent of the Affiant/Petitioner pursuant 28 USC 636; —— Accepted & Agreed to by all Agents of State.

2. Any alledged Contracts between the State, the 12th Judicial and the Affiant are deemed Null & Void, ab initio, as all such creations of fiction were constructed under fraud, by deception, intimidation, coercion, threat of injury by the force of arms, and/or under Duress! —— Accepted & Agreed by Agents of State & Opposing Counsel.

3. Given that the Affiant/Petitioner is a Paramount Secured Party Creditor, and Holder in Due Course of the Most Superior CLAIM OF ENTITLEMENT of being the Living-born embodiment of the Spirit of the CHRIST & SON OF GOD, neither the State or the private foreign judiciary re-presenting the interests of the State, have made any CLAIM upon which this US District Court could grant them a remedy for, based on this Courts restrictions, limitations, and prohibitions under the Constitution as described & defined

under 28 USC 636 (b)(1)(B), (b)(3); under Article III, Sect. 1, 2, 3; Marbury V. Madison (1803); US SUPREME Court; Hale V. Henkel (1905); Scott V. McNeal (1894);
——— Accepted & Agreed to by Agents of the State, and by opposing Counsel.

4. The Affiant/Petitioner, having not waived any of his natural, unalienable, commercial, or Constitutional rights, Was ENTITLED to his rights of Due Process to have the genuine nature & cause of the charges read to him in an open court of law and in a court of competent jurisdiction within 72 hours time of his arrest, as pursuant to the State's prohibitions described in Amendments IV, V, VI, VII.
——— Both the State & Opposing Counsel for the private 17th Judicial District have Accepted & Agreed, the Affiant/Petitioner has yet to be properly & Lawfully arraigned in 49 Days and counting!
——— Opposing Counsel & all State agents accept & AGREE, that such abuse of the Affiant's rights of Due Process is grounds for his immediate release from his unlawful & uncivil captivity!

5. The "Incident Report" along with the succeeding "Grand Jury Indictment" and "Criminal Complaint" have all been determined to be the creative & fabricated imaginings of DA David J. Hunter and



*"No one can annul or amend upon a human will once ratified." Galatians 3:15. If unratified, like Public Law 80-772, there exists No subject matter jurisdiction or judicial discretion to review, adjudicate, rule or judge the private matters of the living-born man! - PERIOD!!*

his Co-Conspirators David Sanchez & Roxanne Esquibel, the pro-se-cuting DA. By their omissions, edits, and lack of video evidence, Mr. Hunter, with the aid & abetting of Jim Walsh, David Sanchez, Roxanne Esquibel, and County Sheriff Benny House, manufactured an elaborate false narrative of lies about the conduct & behavior of the Affiant, all to conceal & cover up his botched arrest with NO WARRANT, NO OATH, NO BOND, NO INSURANCE, NO ID'S, AND NO DASH CAM OR BODY CAM FOOTAGE TO SUPPORT HIS STORY!

The Dash Cam or Body Cam Footage Would have proven Hunter & Sanchez to be the provocateurs, pirates, & thugs, while showing the Affiant to be non-violent, non-aggressive and non-provoking & in the proper exercise of his rights to defend himself & his private properties!

As for Hunter's & Sanchez's testimonies under Oath, the State & the 12th Judicial District's DA & opposing Counsel, are in full acceptance & Agreement that Hunter & Sanchez are guilty of Perjury in the 1st Degree, Criminal Trespass, Conspiracy, Collusion to Commit 1st Degree Aggravated Assault & Battery, Kidnapping, Transporting, Human Trafficking, False Arrest, Wrongful Imprisonment, Theft, Domestic Violation, Barratry, Piracy, Ransom, Involuntary Servitude, Slavery, extortion, ect, ect, ect

— on these charges, and with the AGREEMENTS on the Facts, the Affiant requests the Magistrate to accept these charges against DA Hunter, Sanchez, Esquibel, Walsh, and House as true, accurate, and correct, with no further hearings on the matter required, as there are NO disputes to these charges that need be reviewed other than adding further charges, which have already been sent to the record in previous Affidavits submitted by Petitioner.

6. The "First Defects" & Fatal Flaws" of the State's & 12th Judicial District's case against the Affiant/Petitioner are: ① DA Hunter's retaliatory attacks against the Affiant for being a Registered Crime Victim, Witness, and Informant with the I.R.S., S.E.C., VA, FCPB, and the FBI, as each of these agencies are in possession of the Petitioner's research & reports on the IMCA, OTSI, FREEDOM MORTGAGE, and other Major Fraudsters. ② The alleged Colorado Arrest Warrant touted by Hunter was defective under Public Law 80-772, and was estopped as a retaliatory strike against the Affiant for his reporting of corrupt public officials & criminal enterprises in Colorado. — On this, the Colorado Supreme Court, the Secretary of State, and the Colorado Attorney General's office are in full acceptance + full AGREEMENT That the Arrest Warrant was issued in grevious error & thus it was NULL & VOID!



"You are separated from Christ, you who are trying to be justified by the Law; you (Hunter, Walsh, Esquibel, Sanchez) have fallen from Grace!" — Galatians 5:4 "Fraud Vitiates ALL CONTRACTS," starting with Hunter's Fabricated

(3) Again, the Acceptance & Agreement to these facts in evidence were the direct result of the State of Colorado & their private foreign judiciary's failure to respond, protest, or rebut the numbers of 'court appearances' by the Affiant over a period of six months. The Commercial Dishonor & default on the part of the State & the State's Judiciary are LEGENDARY, where agents of the State & Judiciary use the weapon of SILENCE to defeat Commercial documents not of their pleasure or design! Unfortunately for these agents, the US Supreme Court has ruled & opined numerous times that, "SILENCE ALWAYS EQUATES TO FRAUD! WHEN A PARTY HAS A DUTY & OBLIGATION TO SPEAK THE TRUTH!" .... "And SUCH SILENCE SHALL NOT BE TOLERATED BY THIS COURT OR ANY OTHER COURT OF LAW!"

— Under 28 USC 636, then, this US District Court is also obligated & duty-bound to treat SILENCE as the FRAUD that it is, and for the perpetual FRAUD that SILENCE CREATES & SPAWNS! FRAUD IS IN Direct Contradiction to the US Constitution and it CANNOT be Sustained by any Court of competent jurisdiction!

(4) DA Hinton & James Walsh & Coldwell Banker Realty conspiring & colluding to deny, derail, delay, subvert & to obstruct the Affiant's issuance of his Veteran's Selective Service Check for the

purchase of real property located at 250 Cox Canyon Hwy, near Cloudcroft, NM. Mr. Walsh's egregious malfeasance & misconduct in soliciting the State to intervene & to become an unwanted third party to a private contract violated numerous codes of law, specifically 15 USC 1 & 2, where Mr. Walsh criminally trespassed against the free will & free trade & commerce of the Affiant of using 'interest-free,' 'lien-free,' and 'debt-free' commercial paper backed & supported with silver-backed Red Seal Notes authorized by President John F. Kennedy & the US Department of Treasury since 1776!

Walsh's & Hunter's conspiracy to deprive the Affiant of his unlimited rights to Contract (Hale v. Henkel), and his rights of free trade, and for their use of the State's private foreign monopoly over the justice system, has resulted in their being charged under both Articles, and as "Corporations" that they represent, and at 3x's for Tort damages. — Total charges on both counts equates to $600 million in fines to be paid to Affiant, and 60 years in Federal prison per person!

— On this, the State & Judiciary are in full acceptance & Agreement to these charges, as neither has bothered to argue, protest, or rebut the pure facts in evidence as written in a long email chain of communications

"Now there is no mediator needed when only one party (the Truth) is involved, and GOD is the ONE (Truth)!! Galatians 3:20. When there is AGREEMENT, there exists only one Truth, and only ONE PARTY!!

between the Affiant & Mr. Walsh, where Mr. Walsh repeatedly failed to present the Purchase Agreement & the VSSchede to the Seller, as directed.

— This Court, in accordance with the Constitution, the Uniform Commercial Code, 28 USC 636, and the rulings & orders of the US Supreme Court, SHALL permit the State of New Mexico or the private foreign judiciary re-presenting the interests of the State, to impair or obstruct the obligations of contracts, especially, contracts of the private nature, whereupon the State cannot & must not encroach or interfere, without the Knowledgeable & free willed Consent of ALL parties! (See Penhallow v. Doanes; Hale v. Henkel; etc., etc.).

⑥ "Fatal Defects" & "Fatal Flaws" of the State & Judiciary must include ⓐ DA Esquibel's intentional & willful acceptance of DA Hunter's Fabricated Incident Report & Criminal Complaint without vetting his story first with other agents involved in the false arrest. ⓑ of all the agents at the scene, Hunter is the only witness to testify before the Grand Jury, and he's given over 1½ hours to tamper with the jury, while the Affiant was given less than 10 minutes for his defense against a hostile, prejudiced,

and biased jury! ⓒ Mrs. Esquibel refused to allow the Affiant to present the Grand Jury Foreman exculpatory evidence which would have exonerated & acquitted the Affiant of all wrongdoing! ⓓ Mrs. Esquibel, as a deliberate prank to influence the jury, asked the Affiant about a 2012 Conviction on 3 charges for which the Affiant served a 1 year jail term! This was Double Jeopardy as the Affiant was being coerced to answer before the Grand Jury with no right of redress. ⓔ Esquibel did not address the Affiant's challenges to produce the dash cam or body cam footage that would also clear & acquit the Affiant! ⓕ Esquibel, in her attempts to cover for Hunter, has failed to produce any & all exculpatory evidence that would help the Affiant's case, including a statement from Hunter & Sanchez that NO DASH CAM or BODY CAM VIDEO FOOTAGE EXISTS!!

In Summary: Given the above "Fatal Defects" and "Fatal Flaws" have NEVER been argued, protested or rebutted in writing, point-for-point, article-for-article, under Oath and under the Penalty of perjury by the State or by 12th Judicial District, or Otero County, a much larger "Fatal Flaw" has developed in the State's Faulty cause & case against the Petitioner. That "Fatal Flaw" is the



"FOR THE WHOLE LAW IS FULFILLED IN ONE STATEMENT, NAMELY, "You shall love your neighbor as yourself." But if you go on biting and devouring one another, beware that you are not consumed by one another." GALATIANS 6:14-15

[illegible] & [illegible]'s obligations to Render [illegible] Services, as Mandated under the International Commercial Laws & Law Merchant. The absolute fraud, dishonor, and commercial default by both the State and the private [illegible] [illegible] in [illegible] the interests [illegible] in their [illegible] & willful undermining & subverting their [illegible] obligations & duties [illegible] [illegible] have to the [illegible] [illegible] & all of their [illegible] [illegible] against [illegible].

As a result of these [illegible] fraud schemes, [illegible] jury tampering, witness tampering [illegible] evidence [illegible] the State & [illegible] have [illegible] the right to object to the [illegible] by Magistrate Fouratt [illegible] [illegible] case. [illegible] 23 [illegible], Magistrate Fouratt cannot accept any objections, [illegible] already [illegible] the record. Their Agreement to all the terms & conditions [illegible] in [illegible] Commercial Affidavit.

It is so! [illegible] shall be [illegible] the 50th Day of my lawless & unlawful captivity as a Political Prisoner of an UNDECLARED CIVIL WAR.

[signature] ©