OF COMMERCE, WITHOUT THE PETITIONER'S FREE WILLED CHOICE + NON-COERCED CONSENT, PURSUANT 28 USC 636 (b)(1)(B), (b)(3); MARK 12:27;

⑤ PRODUCE TO THE RECORD THE STATE'S OF THE TWELFTH JUDICIAL DISTRICT'S "LETTERS OF MARQUE + REPRISAL" SIGNED BY THE GOVERNOR OF NEW MEXICO ALLOWING THEM TO OPERATE OUTSIDE OF THEIR LEGISLATED OR DELEGATED AUTHORITIES MANDATED BY BOTH THE US + STATE CONSTITUTIONS, OR TO OPERATE OUTSIDE THE BOUNDARIES OF 28 USC 636 (b)(1)(B), (b)(3); OR MARK 12:27;

⑥ PRODUCE TO THE RECORD THE STATE'S AND THE TWELFTH JUDICIAL DISTRICT'S LEGISLATIVE AUTHORITY TO ASSUME SUBJECT MATTER JURISDICTION EVEN WHEN PUBLIC LAW 80-722, which allowed the US Judiciary to sentence individuals convicted of a crime to incarceration + imprisonment, was NEVER lawfully ratified by either the US House, or US Senate before it was sued as an Act of Law in 1948. ⑦ Given all judges, no matter the bench where they serve, must be members of the private, foreign B.A.R. Association, as per 28 USC 636, and they draw their payrolls + benefits from the Federal Reserve Bank, [all judges are subject to the prohibitions + constraints set by the US Constitution, 28 USC 636, and by ALL US Supreme Court decisions, rulings, and judgments without

power, jurisdiction, denial, delay, obstruction, and without EXCEPTION, and without Judicial Discretion, which is directly incident to Subject MATTER Jurisdiction! Without subject matter jurisdiction, Mr. Counis lacked the Judicial Discretion to practice law from the bench in entering a plea of "Not Guilty" for the Petitioner + to have practiced medicine from the bench in his issuance of a "Commitment Order" for a Mental Health exam of the Petitioner as a response to the Petitioner's Challenges to Mr. Counis's assumed jurisdiction, as per the Petitioner's rights under 28 USC 636, and his unlimited powers to conduct as authorized by the US Supreme Court's Judgement over Hale v. Henkel (1905)!

⑤ THE STATE + Judiciary Have FAILED To PRODUCE To THE RECORD THE "WELLNESS REPORT" of THE OCDC MENTAL HEALTH'S DR. DEETS on OCTOBER 5, 2017, which satisfied Mr. Counis's commitment order + proving out the Petitioner's competency, yet, Mr. Counis has failed to recognize or strike the Commitment Order, which is Obstruction of Justice, and denial of the Petitioner's rights to Due Process under law, and an clear overreach of Mr. Counis's Legislated powers mandated under 28 USC 636 to preserve evidence favoring the Petitioner. For Mr.

DA ESQUIBEL HAS BEEN ALLOWED TO HAVE EX PARTE COMMUNICATIONS WITH A JUDGE

COUNTS IN HER PLEADINGS THAT THE PETITIONER BE HELD IN DETENTION UNTIL TRIAL WITHOUT

BOND, WHICH IS TO DENY THE PETITIONER OF HIS RIGHTS TO WARRANT A DEFENSE AS THERE ARE

NO FACILITIES OR LEGAL RESOURCES AVAILABLE AT THE DETG FOR THE PETITIONER TO DO SO!!

Counts to suppress Dr. DEETS "WELLNESS
REPORT" is CLEARLY SUPPRESSION OF EXCULPATORY
EVIDENCE AND U.S INTENTIONAL DELAYING OF THE
PETITIONERS "DAY IN COURT," WHICH GIVES THE
PRO-SE-CUTORS MORE TIME TO CREATE, MASSAGE
& PERFECT THEIR FALSE & FABRICATED CASE AGAINST
THE PETITIONER, WHICH is CLEARLY PROHIBITED
UNDER 28 USC and a host of 18 USC Violations
pertaining to the DA's & the Court's obligations
to produce any & all discovery information
helpful to the PETITIONER!

⑨ The State and the private foreign judiciary
representing the Interests of the State
have failed to produce or present a superior
CLAIM for which this US District Court could
grant the remedies they seek, based on
the US Supreme Court judgment over Hale v.
Henkel, where the Petitioner's rights pre-date
those of the State or Judiciary, as his
natural, unalienable, commercial, and
constitutional rights "are long antecedent to
the establishment of the State!" Any
presumption to the contrary shall result
in the charges of Contempt of the US Supreme
Court, Obstruction of Justice, Abuse of office,
& Abuse of Power!

⑩ As previously mentioned, both the State &
the private, foreign Judiciary representing the

page # 5 of 8

States' interests in clear contradiction & conflict with 28 USC §455, and the Judiciary's obligations to divest themselves of these glaring conflicts of interest before engaging the Living Petitioner, or any of the Living Dreams of the Father, have yet to be addressed by the lower State District or Magistrate Courts as their being solid elements for the dismissal & discharge of the cases against the Petitioners, if given ever people to be any more reason to nullify & void this case beyond the core interests of fairness and in the genuine pursuit of justice!

⑪ With both the State & the private foreign Judiciary re-presenting the interests of the State having failed to argue, protest, or rebut a single statement of Truth, let alone a full Affidavit of Truth, produced to the record by the Petitioner, they have acquiesced, and they have accepted & AGREED to both the facts & truths in evidence, and to the terms & conditions set forth in over 20 submissions by the Petitioner. ⑫ With these AGREEMENTS, albeit TACIT in Nature, the State & the Judiciary have left the Battlefield in Dishonor and in DEFAULT, Leaving this US District Court the single task of performing a "Legal analysis" of the facts, and "a recommended

Page # 6 of 8

disposition," as in granting the Petitioner his Summary Judgment, Not on the pleadings but on the fact that there is AGREEMENT between the parties, and there is no need for Judicial arbitration or adjudication to preserve, maintain, protect, or to safeguard the Petitioner's Life, properties, or his Natural unalienable rights of common practices in or for his self defense of Same. This includes any arbitrary decision or ruling of convening a Hearing on the Matter, as such hearings would exceed the subject matter jurisdiction of this Court in forcing the Petitioner to Appear as the Corporate Personna known as the "PLAINTIFF." The Petitioner, a Living born man, does Not Consent to filling this Corporate office with his flesh + bone, and there exists no Legislative Act that could force him into such a contract not of his making, or not of his benefit!

(13) This US District Court is left, then, with fullfilling it's fiduciary obligations + duties in recognizing the Petitioner as the stand-Alone VICTOR over the Lower State District + Magistrate Courts and to admonish, sanction, and penalize the State + 12th Judicial officers for their egregious failures and for their conspiring + colluding amongst themselves to bring harm + injury

page# 7 of 8

The Malfeasance + misconduct of DA Esquibel during the Grand Jury Hearing 4/23 ... as she denied the Petitioner his right of discovery, of specific documents showing exculpatory evidence of any wrongdoing, that would have exonerated + acquitted the Petitioner AND for Esquibel putting the Petitioner on the stand ... into a 3rd strike of Double Jeopardy having to answer for an Earlier 2012 conviction

to the Petitioner, creating fabricated & false narratives, exploiting rules, codes, and color of law to impose upon a protected crime victim, witness, and informant, pursuant to 18 usc #3771, 18 usc 241 #242, 42 usc 1894 1895, and 15 usc 1&2, among other criminal acts & violations against the Affiant.

In Summary: The Petitioner is grateful to this US District Court for opening its doors to this important case. The issues herein described affect millions of Americans, and US Veterans in particular.

As a "fraud stopper," this Petitioner's work was responsible for Freedom Mortgage being called out by the VA for its constructive frauds against Veterans. The Petitioner's case led the way to a $118 Million settlement with Freedom Mortgage in May of 2017. Inasmuch, the Petitioner is not only entitled to his freedom from the State & Judiciary's forced captivity, he is entitled to his full refund & remedy, he is due under law. This includes a 10% Finders Fee from the VA's settlement over Freedom Mortgage and a $300 Million settlement against the State, the 12th Judicial, and Otero County!!

It is so, and so it shall be.

Nov. 9, 2017     An Alonge to Nov. 8
                 Affidavit + Petition

The following statements of facts have all gone unprotested + unrebutted by both the State + the private Twelfth Judicial District, and by Otero County, which has resulted in their Acceptance + AGREEMENT to the facts + truths in evidence, and to the Terms + Conditions Set forth in all of the Petitioner's Commercial Affidavits, Petitions, Notices, Writ of Error, and Writs of Habeas Corpus.

1.    Having Left the Battlefield in Commercial Dishonor + default, neither the State, the 12th Judicial District, or Otero County should be allowed to enter any further complaint, argument, objection, or rebuttal in this upper court case, other than to issue a full Public Apology to the Petitioner and to the officers of this US District Court for having DISHONORED + embarrassed the US Judiciary in ways unimaginable

2.    Agents Hunter + Sanchez remain alive today by the Mercy + Grace of God and the Petitioner, as the Petitioner had every right under the Son to take their lives while honorably defending his own life! Rather than criminalizing the Petitioner's conduct, behavior + actions, Hunter + Sanchez need to be thanking the Petitioner + God for their lives, as both should have + would have been killed for their arrogance, stupidity, disrespect,

                    page 1 of 5

and their adrenaline (drug) induced self-importance
and belligerence!

3. Neither the State or the 12th Judicial District,
or Otero County has a valid, legitimate, or
enforceable contract with the Petitioner, even
after 119 Days, as they lack the Free-willed
& knowledgeable consent of the Petitioner,
and they have yet to produce a true & genuine
Wet-ink signed & stamped Arrest Warrant (into
Colorado, reduced to writing (IV Amendment),
their Oath of Office, their bonds, insurance certificates
of Liability, their ID Badges, and the video cam
footage as being the exculpatory evidence that
would & could exonerate & acquit the Petitioner
of all wrongdoing. — It was a felony offense
for these individuals to have conspired &
colluded to criminally trespass onto the Petitioners
private property to brutally assault him, kidnap him,
transport him, detain & arrest him, and to
have held in unlawful captivity for the last 119
Days & counting!

4. The State & the Twelfth Judicial District Agents
& officers have, by their Silence & acquiescence
have Accepted & Agreed to the facts being
true & correct, and to the Terms & conditions
expressed in writing by the Petitioner. These
Terms & Conditions include, but are NOT Limited

page 2 of 5

to; full relief, remedy, and compensation
for his injuries & damages sustained from
Hunter, Sanchez, Esquibel, Walsh, House,
Counts, Blankenship, Newton, and all others
so engaged against the Petitioner, at the
rate of $1086. per minute for each & every
minute of his false arrest & wrongful imprison-
ment, and all fees, fines & sanctioned available
under 18 USC 3771, 18 USC 241 & 242, 42 USC
1893 & 1895(3); and 15 USC 1 & 2, Plus Tort
Damages of 3 X's for each & every Count &
offense per event & per person!!

5. This US District Court, or the Magistrate Court
is under no obligation to convene a hearing
on the evidence, as there is No argument or
dispute from the State, the Judiciary, or from
Otero County, as to what the evidence is and
what the evidence says! The Petitioner, stand-
ing his rights, Injured no one! With no injury
there can be no crime! With no crime, there
can be no form of Law or liability imposed by
any officer of the State or the private
Judiciary. The State, nor the Judiciary, can
lawfully claim any injury! Only the Petitioner
can lawfully claim injury!!

—— The Petitioner, then, cannot & will not, under
28 USC 636, give this US District Court his free

willed & knowledgeable consent to any evidentiary hearing where the State, the Judiciary, or opposing counsel is allowed to return to the Battlefield as if they had never left!!

6. The Petitioner will also OBJECT on & for the Record, to a "Legal Analysis" by the Magistrate being the core perspective of any "ultimate disposition of the case," as such an "analysis" would prejudice the evidence and taint the record against the Petitioner; knowing that the term "Legal" means "the undoing of God's Laws," as defined by the Encyclopedia Britannica, Arts & Sciences Dictionary (1894). —— if "Legal Analysis," then, would automatically deny, obstruct, and subvert the Petitioner's religious & political beliefs as protected under the I, VIII, IX, & X Amendment prohibitions/constraints.

7. As much as the Petitioner is grateful to Judge Robert C. Brady and Judge Gregory T. Fouratt for their attendance to these vital matters, the Petitioner would ask that the "opportunity" for the opposing Parties to object to the facts & truths had come & gone, when the opposing counsel failed to protest, argue, or rebut the findings of facts in evidence

page 4 of 5

to begin with. Not to be redundant, but when the State & Judiciary accepted & AGREED to the Petitioner's Affidavits through their SILENCE, and where the US Supreme Court has, on multiple occassions, equated SILENCE with FRAUD, when a party has a duty & obligation to respond, but they refuse to do so!! As the US Supreme Court ruled in these cases, "Silence of this kind and Fraud of this Nature, will Not be tolerated by this, or any other court of Law!"

This Petitioner & Affiant yields only to the truths & facts clearly in evidence on the record, as the Court is the record of its entries & submissions, and all Clerks of Court are charged with maintaining & preserving the honor, character, integrity, and the decorum of the court, and where only the facts & truths shall prevail as all other fictions, notions, and fabrications Must FAIL!!

It is so, & so it shall be, on this, the 48th Day of cruel & unusual punishment away from my wife & family.

May God have Mercy & grace upon the souls of those who enslave & punish for prize & profit, for as surely as the Son will set, their treasures shall be lost & free!!

All RIGHTS RETAINED

*(left margin, vertical text):* Judiciary to recognize & empathize, for you cannot be aware of something that you are not sensitized to, emphasize, or acknowledge, and exactly the actions taken by Hunter, Saenbler, & Esquibel!

More Facts Not Denied!

1. State's Judiciary have not brought official verified cause of their actions in a lawful arraignment in 48 Days from the Petitioner's False Arrest!

2. He has not produced a Bill of Particulars, as in all information that would be helpful in his exoneration and acquittal.

3. Neither Judge Blankenship, Judge Stratton, or Judge Counts, have produced their Legislative Authority, their Oaths, their Bonds, or their Insurance, that would give them subject matter jurisdiction over the living National Petitioner!

4. Neither the state or the Judiciary representing the interests of the State, have submitted any Superior Claim of Entitlement or Contract that would allow them jurisdiction over the Petitioner without his free willed & knowledgeable Consent, as per 28 USC 636!

5. State District Court & Opposing Counsel refuses to allow Petitioner to proceed as Pro Se Litigant and has deprived the Petitioner his rights to file his own Habeas Corpus And they continue with Ex parte hearings & communications in clear violation of 28 US 636!

6. State & Judiciary have accepted & AGREED to Release the Petitioner & provide him his full relief & remedies he is due under Law!! — This is FINAL!!

Nov 10, 2017

To: Matthew J. Dykman
CLERK OF COURT
US FEDERAL DISTRICT COURT
US COURT HOUSE, Rm# 270
333 LOMAS BLVD NW
Albuquerque, NM 87102

Curry, Steven Duane
OCDC Court Liaison
Farmington, NM 88310

Matthew: Please add to the
record of this case and
contact the VA General
Counsel for me!!
Thank you!

RE: Curry v. State of New Mexico, Et Al
Case #: 17-CV-01079

SUBJECT: Affidavit / Petition / Notice & WRIT FOR
RECAPTION & SHOW MEDIUM; Pursuant 12 USC 3711

Be it known to all good men, this 10 day, 2017.
The Veterans' Administration / Veterans' Affairs
settled out of Court with Freedom Mortgage Company
of Mount Laurel, NJ for $1K within in a suit that
involved this Affiant / Petitioner & his wife, Sandra
Tyler, who had been defrauded by Wells Fargo,
UBS, MERS and Freedom Mortgage.
        The lawsuit would not have been possible
without Affiant's research & filings with the VA, the
CFPB and other State & Federal agencies.
At no time has the Affiant or his wife been
compensated for their part in reporting MERS
Freedom Mortgage, Wells Fargo, UBS, and others

Page 1 of 2

470,000

US Veterans

mortgage frauds & Ponzi Schemes & REMIC SHELL GAMES

without the research &

FREEDOM Mortgage conspired w/ Caldwell w/ Washtosa County District Court Judge Mary E. Ingraham, the County Sheriff, Rick Dunlap County TREASURER Rosiemary Murphy; maxliozo County ... equity & capital improvements of over $500,000.- !!!...w/ w/w no compensation!!

Location of SHEET:
81250 DAVE WOOD ROAD

DATE OF SHEET: 12/23/2015-
eviction Date: 5/25/2016 REVISION/Date

Affidavit
* Notice to Court *

Date: Oct. 19, 2017                    Curry, Steven Duane
                                       OCDC C-101 # 28970
                                       Alamogordo, Nm.

To: James Counts, Administration Chief

RE: M-38-FR-2017-00036 / DR-1115-CR-2017-0047;

SUBJECT: Notice of Appointment of Public Defender
   Jonathan Miller as of Oct. 18, 2017;

The Affiant was just notified of a change of
Public Defenders, from Mario Torrez to
Jonathan Miller of Albuquerque.

I am instructing the Court to order Mario
Torrez to forward all exculpatory documents
and files helpful in exonerating & acquitting
the Affiant of all wrongdoing to Jonathan
Miller, ASAP, so that Jonathan Miller
can then Petition the Court for the immediate
release of the affiant based on ① the failure
of the prosecution to produce any Nature &
Cause against the affiant within 72 hours time
from his arrest; ② Lack of prosecution;
③ Failure to provide Due Process; ④ multiple
violations & deprivations of the Affiant's natural
& unalienable & Constitutional rights; ⟶ ⟶

page 1 of 3

(5) Procedural errors ; (6) Fraud upon the Court ;
(7) Filing false reports ; (8) Jury Tampering ;
(9) Witness Tampering ; (10) Evidence Tampering ;
(11) Criminal Trespass ; (12) False arrest ; (13) Wrongful
Kidnapping ; (14) Domestic Terrorism (15) Aggravated
Assault (16) Robbery (16) Extortion (17) Cruel & unusual
punishment (18) Wrongful Imprisonment (19) Theft
of private property ; (20) Piracy on land ;
(21) Aggravated Robbery ; (22) Sedition (23) Press-ganging ;
(24) Peonage (25) Perjury (26) Involuntary Servitude ;
(27) Breach of Contract ; (28) Breach of the Peace ;
(29) Manslaughter (30) 1st Degree Perjury before
a grand jury ; (31) Conspiracy to deprive Affiant
of his rights under color of law ; (32) Conspiracy
to obstruct the Affiant's free trade & commerce ;
(33) Money laundering ; (34) Racketeering ; (35) Public
Corruption ; (36) Retaliation against a registered
Crime Victim , Witness & informant , as per
18 USC 3771 ; (37) Tax Evasion ; (38) Public
Menacing ; (39) Reckless Endangerment ; (40) Operating
a Monopoly , and LACK OF SUBJECT MATTER
JURISDICTION OVER THE LIVING AFFIANT, whereas
NO LEGISLATIVE AUTHORITY CURRENTLY EXISTS
WHICH WOULD ALLOW ANY COURT TO HEAR, REVIEW,
OR ADJUDICATE OVER THE LIVING MATTERS
& ESTATE OF THE AFFIANT ! [ See Public Law
80-722 & 18 USC 481 & 482 BEFORE PROCEEDING
FORWARD IN PRO-SE-CUTING THE AFFIANT !

Mr. Jonathan Miller will be tasked with submitting all exculpatory evidence now available to the Court, including the email communications of the Affiant with the State of Colorado, proving & demonstrating the Arrest Warrant that Hunter was alleged to be in Service of was, in fact, null, void, defective, and moot, as were all other charges brought by the State of Colorado. But officials involved had agreed & accepted the facts & truths as presented by the Affiant.

New Mexico STATE & Judicial officers are invited to examine this Affiant's email communications he has had with the SEC, IRS, FBI, VAOIG, FCPB, BBBureau, Senator Rand Paul, Senator Michael Bennet, US Marshal Service, General Counsel for the US Marshal Service, Troy Gowdy, Presidents Trump & Obama and others.

After review, you Must agree that the Prosecution's First & Fatal Error was attacking & assaulting a Registered Crime Victim, Witness & informant. REPORTING CRIME CANNOT BE CONVERTED BY THE STATE INTO SANCTIONABLE CRIMINAL ACTS!!
[See 18 USC 3771].

Paramount Amend Bond, (redact)
All Rights Reserved UCC 1-8

Page 3 of 3

Date: October 21, 2017

Curry, Steven Duane ©
OcDc C-101-#38970
Alamogordo, NM

Re: STATE OF NEW MEXICO VS. STEVEN DUANE CURRY
CAUSE NO. MAGISTRATE COURT: M-38-ER-2017-00036
" ". DISTRICT COURT: D-1215-CR-2017-00473

SUBJECT: AFFIDAVIT / PETITION / NOTICE & WRIT OF
HABEAS CORPUS FOR & ON BEHALF OF THE LIVING
AFFIANT NOW IN FORCED CAPTIVITY AGAINST HIS FREE WILL

The Affiant, as a peaceful sentient living being,
a non-combatant civilian crime victim, witness
and informant under the protections & constraints
of 18 usc 3771, and in the free-willed execution
of his natural, unalienable, commercial, and
constitutional rights, does Petition the opposing
pro-se-cutors to produce & present to the
private & public records of the above Admini-
strative & Ministerial Probate Court Actions, the
actual Corpus Dilecti, as in the full body of evidence
proving that the Living Affiant is, in fact, the
corporeal entity named in the charging documents
the "Criminal Complaint" fabricated by Mr. Hunter,
and in the "Fruit of the Poisonous Tree" known
as the "Indictment" by the Grand Jury, which
was assembled & convened in Ex Post Facto
fashion by Mr. Hunter & Dr. Esquibel in order

Page #1

WRIT OF HABEAS CORPUS SHALL NOT BE DENIED UNLESS NM. Mag.13, 1, 2 Law
Colo. Constitution 7th Amendment #20
has been released ?

expedite their false conviction of the Living Affiant using false narratives, perjured testimonies, and color of law, all to cover & conceal their lack of prosecution, denial of the Affiants rights of Due Process, and their continual violations & depravations of the Affiants natural, unalienable, and inherited rights. [See Scott v. Mckheal (1894)].

The Affiant is well within his rights to revoke any & all presumptions of contract forged by the State, or by the private foreign judiciary that represents the interests of the STATE, and that are deemed harmful or injurious to the Affiant, or that are not of the Affiant's making, acceptance, or agreement. [See Hale v. Henkel (1905), UCC 1-308.]

Failure of the Pro-se-Cutors to produce the Affiant's "Death Certificate" within 72 hours time, showing the Living Affiant to be the Corpus Dilecti named in the above instruments, shall result in Nullification & voiding of those instruments, the discharge & dismissal of the prosecutions case, and the immediate release of the Affiant with the grant of his full aid and themself to the relief & remedy due him under law.

It is So & So it Shall Be! Cerry Ofram Duane ©

Affiant Authorized Agent
All Rights Reserved

\* AFFIDAVIT \*

— WRIT OF REPLEVIN —

October 22, 2017

Curry: Steven Duane ©
OCJC C-101 58770

COUNTER-CLAIM: MAGISTRATE COURT Alamogordo, NM
STEVEN DUANE CURRY © vs. David J. Hunter; David Scancher
in their private capacities;

WRIT OF REPLEVIN: WRONGFUL DEATH; VOLUNTARY
MANSLAUGHTER; ATTEMPTED MURDER; DEPRIVATION
OF HUMAN RIGHTS UNDER COLOR OF LAW; AGGRAVATED
FIRST DEGREE ASSAULT & BATTERY; CRIMINAL TRESPASS;
RECKLESS ENDANGERMENT; INLAND PIRACY; EXTORTION;
KIDNAPPING; FALSE ARREST, WRONGFUL IMPRISONMENT
AND CAPTIVITY, CRUEL & UNUSUAL PUNISHMENT; CRIMES
AGAINST HUMANITY; RETALIATION AGAINST A PROTECTED
CRIME VICTIM, WITNESS & INFORMANT; PERJURY IN THE
FIRST DEGREE; JURY TAMPERING; WITNESS TAMPERING;
EVIDENCE TAMPERING; THEFT OF PRIVATE PROPERTY;
THEFT OF PRIVATE FIREARMS; HUMAN TRAFFICKING;
HUMAN SLAVERY; DEBT-SLAVERY; PERSONAGE; PEONAGE;
PRESS GANGING; PUBLIC CORRUPTION; RACKETEERING;
MONEY LAUNDERING; GANG RELATED CRIMES; RUNNING
AN ANTI-TRUST ENTERPRISE; RUNNING A MONOPOLY;
CRIMINAL IMPERSONATION OF A PEACE OFFICER;
CONSPIRACY TO COMMIT ALL OF THE SAID OFFENSES
HEREIN; ARMED ROBBERY; FAILURE TO PRODUCE
VALID & LEGITIMATE ARREST WARRANT UPON DEMAND;
FAILURE TO PRODUCE IDENTIFICATION, OATH OF OFFICE,
BONDS & INSURANCE ON DEMAND; INSURRECTION;

Domestic Terrorism; Aiding & Abetting a Criminal Enterprise; Embezzlement of Public Treasuries, Misappropriation of Public Funds; Conversion of Constitutional Rights into Criminal Activity for Purpose of Profiteering; Prostitution; Bribery;

The above Criminal Activity Incident Report of David Hunter & David Sanchez can be Easily Demonstrated and Provable Beyond any Reasonable Doubt Given their Normal Daily Routines as State Code Enforcers, Revenuers, and as Bounty Hunters. None of the above Criminal Offenses are Protected under Uniform Code of Military Justice, or the Lieber Code of 1863, as these offenses are Commonly Committed Against the Non-Military, Non-Combatant, Peaceful Civilian Population of American State Nationals, Non-Resident Aliens, Non-US Domestics, and US Citizens Alike.

The Force that Binds these Offenses into Non-Prosecutable Crimes is the Blue Code of Silence Backed & Cemented by the Philosophies of Communism & The Communist Manifesto, and Solidified by the Pride & Arrogance & the Ignorance of its Uniformed Activists & Advocates. Sadly, This is America Today!

Page 2 of 3

October 22, 2017    Addendum To Affidavit —

THE ABOVE WRIT OF REPLEVIN IS AN EXPRESSION OF
NATURAL RIGHT OF REDRESS AGAINST ALL FORMS OF
OPPRESSION & TYRANNY, EXEMPLIFIED BY HUNTER & SANCHEZ

AS A COMMERCIAL AFFIDAVIT OF TRUTH, ANY PROTEST,
ARGUMENT, OR REBUTTAL, MUST BE MADE IN WRITING,
POINT-FOR-POINT, ARTICLE-FOR-ARTICLE, UNDER OATH,
UNDER THE PENALTY OF PERJURY, AND ALL WITHIN
72 HOURS TIME OF DELIVERY OF THE AFFIDAVIT.

FAILURE TO RESPOND IN KIND SHALL RESULT IN ALL OF
THE CHARGES AGAINST HUNTER & SANCHEZ BEING TRUE
& CORRECT AS PRESENTED AND THESE CHARGES WILL
BECOME TRUTH IN COMMERCE AND A SUMMARY
JUDGEMENT IN COMMERCE AGAINST HUNTER &
SANCHEZ IN THEIR PRIVATE CAPACITIES WITH THEIR
HAVING WAIVED BOTH THEIR CORPORATE DEFENSES
AND THEIR ALLEGED GOVERNMENT IMMUNITIES IN
OPERATING OUTSIDE OF THEIR OFFICIAL JURISDICTION
& OFFICIAL CAPACITIES AS MANDATED BY THE STATE &
US CONSTITUTION & the LEGISLATURE. — FAILURE TO
DENY IS TO ADMIT !!
     IT is NOW SO & SO it SHALL BE !!

                              Paramount Secured Party Creditor
                              Holder in Due Course
                              All Rights Reserved & Retained
     Page 3 of 3            UCC 1-308

The AFFIDAVIT BECOMES THE Basis of a Non-Judicial Commercial Lien, as well!! "[2 USC]"
"An Unrebutted Affidavit stands as the Truth in Commerce, and as an enforceable Summary Judgement in Commerce"



* Affidavit *
of Truth

Date: October 21, 2017

Curry/Steven Duane
OCDC C-101 # 3597
Alamogordo, N.M.

RE: STATE OF NEW MEXICO VS. STEVEN DUANE CURRY

CAUSE No. # DISTRICT COURT: D-1215-CR-2017-00473

" " # MAGISTRATE COURT: M-38-ER-2017-00036

SUBJECT: AFFIDAVIT / PETITION / NOTICE & WRIT
OF ERROR BASED ON LACK OF SUBJECT MATTER
JURISDICTION; LACK OF PROSECUTION; DENIAL OF
RIGHTS OF DUE PROCESS; DEPRIVATION OF NATURAL
UNALIENABLE, COMMERCIAL, AND CONSTITUTIONAL
RIGHTS UNDER THE USE OF LETHAL & DEADLY FORCE
AND USE OF COLOR OF LAW; [ PUBLIC LAW 80-772
18 USC 1512, 18 USC 4001 & 4082; IV, V, VI,
VII Amendment/s; 18 USC 241 & 242; 42 USC 1801
1895 (3); 18 USC 401 & 402; 15 USC 1 & 2 ];

STATEMENT OF FACTS:
1. Arrest or Warrant was false based on defective
& expired out of State Warrant. [ exp. #14 #9 ].
2. Warrant lacked Legislative Authority with which
the issuing Judge misappropriated subject matter
jurisdiction. [ Public Law 80-772 ]
3. Judiciary Act of 1789 prohibits issuing of arrest
Warrant from one District for an arrest in another
District or State. Fist in Time & First in Right.
4. Officers Hunter & Sanchez criminally trespass

page 1 of 8