"CONSTITUTIONAL RIGHTS ARE SELF-EXECUTING & THEY REQUIRE NO LEGISLATIVE ACT TO MAKE THEM OPERATIVE" MEDINA VS PEOPLE (1903). THE STATE OR THE PRIVATE JUDICIARY CONTRACTED TO REPRESENT THE INTERESTS OF THE STATE CANNOT & SHALL NOT PENALIZE OR PUNISH THE FREE EXERCISE OF ONE'S CONSTITUTIONAL RIGHTS

December 6, 2017

To: Matthew J. Dykman
Clerk of Court
US Federal District Court
US Court House # 270
333 Lomas Blvd. N.W.
Albuquerque, N.M. 87102

Curry; Steven Duane ©
OCDC C-101 #38970
Alamogordo, NM [88310]

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 11 2017

MATTHEW J. DYKMAN
CLERK

Re: Curry V. New Mexico, et al.; IN-JOINDER WITH 12th JUDICIAL DISTRICT; Otero County; State of Colorado; County of Denver; County of Montrose
Federal Case No. # 2:17-CV-01079-BB-GJF (iam)

SUBJECT: Affidavit/Notice/Petition & Writ of Error:
① FAILURE OF TWELFTH JUDICIARY TO PROVIDE HONEST SERVICES AS CONTRACTED; ② BREACH OF CONTRACT; ③ BREACH OF TRUST; ④ BREACH OF THE PEACE & CIVIL ORDER; ⑤ CONSTRUCTIVE FRAUD; ⑥ CRIMINAL CONVERSION OF TRADITIONAL, COMMON, UNALIENABLE, & CONSTITUTIONAL RIGHTS; ⑦ OPERATING A MONOPOLY; AS PER THE SHERMAN ANTITRUST ACT; & THE TAFT-HARTLEY ACT; ⑧ FAILURE OF STATE & JUDICIARY TO PRODUCE THEIR LEGISLATIVE AUTHORITY TO ASSUME, CONVEY, ASSIGN, OR TRANSFER, OR EVEN POSSESS SUBJECT MATTER JURISDICTION OVER THE LIVING AFFIANT; ⑨ FAILURE OF THE STATE & JUDICIARY TO PRODUCE TO THE RECORD ANY CLAIM UPON WHICH A COURT COULD GRANT A REMEDY; ⑩ FAILURE OF THE STATE & JUDICIARY TO PRODUCE TO THE RECORD THE CORPUS DELICTI PROVING THAT THE AFFIANT

page #1 of 10

and the corporate, corporeal, artificial, fictional, fabricated PERSON NAMED IN THE CHARGING DOCUMENTS ARE ONE IN THE SAME; ⑪ FAILURE OF STATE & JUDICIARY TO PRODUCE TO THE RECORD THE "CERTIFICATE OF DEATH" THAT WOULD AUTHORIZE THE JUDICIARY'S ADMINISTRATIVE/MINISTERIAL PROBATE COURTS TO ASSUME PERSONAL OR SUBJECT MATTER JURISDICTION OVER THE LIVING AFFIANT, AS PER Scott v. McNeal (1894); ⑫ FAILURE OF THE STATE & JUDICIARY TO PRODUCE TO THE RECORD (the COURTS) THE ACTUAL, GENUINE, & LIVING VICTIM(S) THAT SUSTAINED INJURY FROM THE AFFIANT; ⑬ FAILURE OF THE STATE & JUDICIARY TO ADMONISH & SANCTION MR. BLANKENSHIP FOR PRACTICING LAW FROM THE BENCH WHEN HE ENTERED A PLEA OF "NOT GUILTY" ON BEHALF OF THE DEFENDANT, MIS-REPRESENTING THE AFFIANT AS HIS ASSIGNED CLIENT, AND HIS ACTING IN 'BAD BEHAVIOR', RATHER THAN 'GOOD BEHAVIOR' AS REQUIRED UNDER 28 USC 636 & FRCP RULE 21(b); ⑭ FAILURE OF STATE & JUDICIARY TO SPECIFY & DISTINGUISH THE 'VENUE' OF THE COURT OF RECORD AS EITHER MILITARY/TRIBUNAL/ADMIRALTY/MARITIME/COURTS MARTIAL/COMMON LAW/ADMINISTRATIVE/MINISTERIAL/PROBATE/OR A CONSTITUTIONAL ARTICLE III COURT OF LAW, or a COURT OF EQUITY/or ALL of the ABOVE AT THE SAME TIME; ⑮ FAILURE OF STATE & JUDICIARY TO REMOVE THE GOLD-TRIMMED US MILITARY FLAG FROM ITS OTERO COUNTY COURTROOMS, PURSUANT POTUS EXECUTIVE ORDER #10834,

issued by POTUS Dwight D. Eisenhower on June 25, 1958: (16) Failure of State & Judiciary to admonish & sanction Mr. Counts for practicing medicine without a license & practicing medicine from the bench, and for his 'Bad Behavior' & conduct unbecoming, when he signed an order of "Commitment" against the Affiant for a "Competency & Mental Health Exam," upon the Affiant challenging Mr. Counts's jurisdiction; (17) Failure of the State & Judiciary to strike, reverse, vacate, nullify & void Mr. Counts's "Letter of Commitment of October 3, 2017, when Dr. Deets of the OLDC Mental Health Dept. cleared the Affiant as competent & reported same to Mr. Counts & DA Esquibel, where neither judicial agent acted upon the Affiant's competency exam; (18) Failure of the State & Judiciary to lift the "Competency Hold" on the Affiant & thus obstruct justice, abuse their power & office, and to further deprive the Affiant of his rights under color of law & obstruct his rights of Due Process; (19) Failure of State & Judiciary to properly & lawfully arraign the Affiant on genuine & factual & accurate charges within 72 hours of his false arrest & detainment as required under law; It has now been 68 days without lawful arrainment; (20) Failure of the State & Judiciary to have required Agents Hunter & Sanchez to possess a valid arrest warrant, their oaths of office, their bonds, certificates of liability, their ID's, their badges, and

operative dash cams, or body cams, during their criminal trespass, first degree aggravated assault & battery, false arrest, kidnapping, and wrongful imprisonment of the affiant; (21) Failure of the state & judiciary to vet & validate Agent Hunter's & Deputy Sanchez's differing incident reports from 22 Sept., 2017; (22) Failure of the state & judiciary to admonish DA Esquibel & DA Hunter for their convening & tampering with an ad hoc ex post facto grand jury, tampering with evidence presented to the grand jury, tampering with a witness, supression of exculpatory evidence, allowing DA Hunter to influence, taint, prejudice, bias, and poison the grand jury with false & fabrication charges not connected to the affiant; (23) The state & judiciary's allowing Hunter & Esquibel to taint & poison the grand jury with over 1½ hours of prosecuting the affiant, but allowing the affiant only 5 uninterrupted minutes to testify on his own behalf in front of a corrupted & contaminated jury not of the affiant's peers, pursuant I, IV, V, VI, VII Amendment prohibitions against same; (24) Failure of the state & judiciary to admonish & sanction Jim Walsh & Coldwell Banker Real Estate & Agent Hunter from conspiring & colluding among themselves to deprive & obstruct & subvert the private

"For the whole of the law is fulfilled in one statement, namely, 'You shall love your neighbor as yourself.'" — Galatians 6:14 "Do not lie!", "Do not kill!", "Do not bear false witness!", "Do not steal!", "Do not covet your neighbors property!" — Agent Hunter is Not an Honorable Man!!

commercial contracts of the affiant & to contract with the state & judiciary to incite spurious litigation against the affiant for purposes of gaining an advantage, and for profiteering; (25) Failure of State & Judiciary to admonish & sanction Dr. James Wells of the Alamogordo Hospital for his perjury of a commercial medical prescription finding "Stephen Curry - age 58" "Fit for incarceration," without doing any such fitness exam, and for his refusal to give needed medical aid for the affiant's injuries sustained during his false arrest; (26) Failure of State & Judiciary to admonish & sanction Agents Hunter & Sanchez for their aggravated robbery & theft of two handguns belonging to the affiant that were removed from inside the affiant's private RV — again without a valid, wet-inked & stamped arrest warrant to search or sieze anything from the RV, including the affiant who was seated in the doorway; (27) Failure of State & Judiciary to admonish & sanction the OCDC medical staff for their creating, fabricating & submitting charges & penalties unrelated to the affiant to DA Esquibel who stapled same to DA Hunter's criminal complaint, which was then presented to the ad hoc ex post facto Grand Jury to elicit a tainted & poisonous

"BILL OF INDICTMENT" BY WHICH TO PRO-SE-CUTE THE AFFIANT; (25) FAILURE OF THE STATE & JUDICIARY TO PROPERLY NOTICE THE AFFIANT OF A "DETENTION HEARING" BEFORE MR. BLANKENSHIP SCHEDULED FOR 0830 ON OCTOBER 3, 2017; (26) FAILURE OF THE STATE & JUDICIARY TO APPEAR AT A SCHEDULED ARRAIGNMENT HEARING ON THE MORNING OF OCTOBER 23, 2017, AND THEIR ABANDONMENT OF THE CASE WITH THEIR NON-APPEARANCE; (27) FAILURE OF THE STATE & JUDICIARY TO BE IN FULL COMPLIANCE WITH THE ROMAN CANONS & RULE(S) OF LAW; THE SUPREME LAWS OF THE LAND; THE JUDICIARY ACT OF 1789; POTUS EXECUTIVE ORDERS #100 & 10834; the LEIBER CODE OF 1863; THE UNIVERSAL DECLARATION OF HUMAN RIGHTS; THE GENEVA CONVENTION; THE HAGUE CONVENTION; THE BAR TREATY OF 1947; THE ADMINISTRATIVE PROCEDURES ACT, SECTION #12 (1948); THE USA CORPORATION BANKRUPTCY OF 1933; THE SHERMAN ANTITRUST ACT; THE TAFT-HARTLEY ACT; THE UNIFORM COMMERCIAL CODE; THE A.B.A.'s "RULES OF ETHICAL CONDUCT;" THE US CONSTITUTION'S ARTICLE III, SECTION #3; ETC., ETC., ETC.; (29) THE STATE & JUDICIARY'S FAILURE TO HOLD TO ACCOUNT MR. COUNT FOR HIS VIOLATING 28 USC 636 & 28 USC 455 FOR FAILING TO DISCLOSE & DIVEST HIMSELF OF HIS FINANCIAL INTERESTS & HOLDINGS IN THE OTERO COUNTY DETENTION CENTER;

As mentioned previously, the Affiant eventually objects to a "Legal Analysis"
the facts in evidence, the form "Legal" is in contradiction to the
obligations & duties of this honored Court complies with the US Constitution to
which was constructed in full compliance with the undoing of God's Laws!
"Legal" Means God's Laws!

30) FAILURE OF THE STATE & JUDICIARY TO ADMONISH & SANCTION THOSE OFFICERS & AGENTS OF THE NEW MEXICO BAR FOR SEEKING & HOLDING PUBLIC OFFICES OF THE STATE GOVERNMENT IN VIOLATION OF THE "SEPARATION OF POWERS ACT," THE "TITLES OF NOBILITY ACT," AND THE "ORIGINAL (PRE-1871) & ORGANIC XIII AMENDMENT, WHICH WAS LAWFULLY RATIFIED IN 1819 & NEVER REPEALED! ["NO ONE CAN ANUL OR AMEND EVEN A HUMAN WILL ONCE RATIFIED!" — GALATIANS 3:15]; 31) FAILURE OF STATE & JUDICIARY TO ADMONISH & SANCTION THOSE OFFICERS & AGENTS WHO HAD CHOSEN TO OPERATE OUTSIDE OF THEIR OFFICIAL CAPACITIES ONLY TO SURRENDER THEIR RIGHTS, DEFENSES, AND THEIR IMMUNITIES; 32) FAILURE OF THE STATE & JUDICIARY TO ADMONISH & SANCTION THOSE CORPORATE AGENTS & OFFICERS FOR THEIR WILLFULL SILENCE, FRAUD, & OBSTRUCTION OF THE AFFIANT'S AFFIDAVITS, PETITIONS & NOTICES, AS THEIR OBSTRUCTION OF JUSTICE CONTINUES UNABATED! 33) FAILURE OF STATE & JUDICIARY TO FULLY DISCLOSE TO THE AFFIANT & THE PUBLIC THE IMPOSITION OF MARTIAL LAW, WHICH HAS SUSPENDED THE AFFIANT'S WRIT OF HABEAS CORPUS SUBMITTED IN EARLY OCTOBER TO THE DISTRICT COURTS OF MR. BLANKENSHIP & MR. COUNTS; 34) THE FAILURE OF THE STATE & JUDICIARY TO ADMONISH & SANCTION PUBLIC DEFENDERS MARIO TORREZ & JONATHAN MILLER FOR SUPPRESSING EXCULPATORY EVIDENCE THAT WOULD BE HELPFUL IN

EXONERATING & ACQUITTING THE AFFIANT OF ALL
WRONGDOING, BOTH IN NEW MEXICO & COLORADO,
AND FOR THEIR WILLFULLY INEFFECTIVE & DEFECTIVE
COUNSEL, WHEREIN, THE AFFIANT HAS NO WAY TO
VERIFY THAT EITHER TORREZ OR MILLER HAVE
FILED ANY MOTIONS FOR RELIEF, AS THEY'VE
ALLEGED; (35) FAILURE OF THE STATE & JUDICIARY
TO ADMONISH OR SANCTION DA ESQUIBEL FOR
HER WILLFULL SUPPRESSION OF EXCULPATORY
EVIDENCE AND OF HER "BILL OF PARTICULARS,"
WHICH WOULD BE OF HELP TO THE AFFIANT;
(36) FAILURE OF THE STATE & JUDICIARY TO
VET & VERIFY THE ACCURACY & VERACITY, OR EVEN
THE EXISTENCE OF A WARRANT SUPPOSEDLY ISSUED
FROM A DENVER DISTRICT COURT, HAS RESULTED
IN THE NULLIFICATION & VOIDING OF THE ARREST
BY AGENT HUNTER & SANCHEZ, THEIR "INCIDENT
REPORT," "HUNTERS CRIMINAL COMPLAINT," AND
THE EXPOST FACTO GRAND JURY'S INFLUENCED, TAINTED,
& POISONED "BILL OF INDICTMENT," AS PER
THE "FRUIT OF THE POISONOUS TREE DOCTRINE;"
(37) THE "FIRST DEFECT" & "FATAL FLAW" WITH
THE PROSECUTION'S CASE AGAINST THE AFFIANT
BEGINS & ENDS WITH AGENT DAVID J. HUNTER'S
ARROGANCE, SELF-IMPORTANCE, HIS DISHONESTY,
AND HIS LACK OF HONOR, CHARACTER, FIDELITY,
& INTEGRITY, AS HIS DEVILRY & DARKNESS
HAS POISONED HIS EVERY MOVE AND THE

ACTIONS & REACTIONS OF THOSE HE HAS MANAGED TO ENLIST IN HIS GAMES OF INLAND PIRACY AGAINST A PEACEFUL CIVILIAN POPULATION;

(38) THE SUM TOTAL OF THE PROSECUTION'S CASE, PURSUANT THE ABOVE STATEMENTS OF FACT, IS NOW ZERO, AS OPPOSING COUNSEL & ALL OFFICERS & AGENTS OF THE STATE & JUDICIARY HAVE GONE SILENT AND HAVE ACQUIESCED! INASMUCH, THEY HAVE TACITLY ACCEPTED & AGREED TO THE CORRECTNESS & ACCURACY OF THE FACTS CURRENTLY IN EVIDENCE, AND THEY'VE AGREED TO THE AFFIANT'S TERMS & CONDITIONS, INCLUDING THIS US DISTRICT COURT'S ISSUANCE OF A SUMMARY JUDGMENT IN THE GRANTING OF THE FULL RELIEF & REMEDY HE IS DUE UNDER THE RULE OF LAW, AND ALL WITHOUT FURTHER SALE, DENIAL, DELAY, SUBVERSION, CONVERSION, OR OBSTRUCTION, PURSUANT THE VI, VII, VIII, IX, X & XI AMENDMENT PROHIBITIONS & CONSTRAINTS!

(39) HAVING LEFT THE BATTLEFIELD IN DISHONOR, DEFAULT, AND DIS-GRACE, THE STATE & 12th JUDICIAL DISTRICT, OR OTERO COUNTY, THE STATE OF COLORADO, THE COUNTY OF DENVER, AND THE COUNTY OF MONTROSE, MUST BE HELD IN COMPLIANCE WITH THE US SUPREME COURT RULINGS, DECISIONS & ORDERS THAT COMMAND THEM TO STAND DOWN IN THEIR ATTACKS UPON A PROTECTED CRIME VICTIM, WITNESS & INFORMANT UNDER 18 USC 3771, AND UNDER THE UNIVERSAL DECLARATION OF HUMAN RIGHTS!

(40) FAILURE OF THIS US DISTRICT COURT TO BE IN

page #9 of 10

[left margin, vertical: Jeremiah 4:20: "Ruin upon Ruin is reported; the whole land is laid waste." I'm the husband, my tents are ravaged, my flash, my shelters! = All ways is sunk on-handed before my killers! = Law Not this be the case!!]

FULL COMPLIANCE WITH THE ROMAN CANONS & RULES OF LAW; tHE SUPREME LAWS OF THE LAND; AND THE STATE & US CONSTITUTIONS, WOULD BE NO LESS THAN CATASTROPHIC TO THE HONOR, CHARACTER, INTEGRITY, AND THE DECORUM OF THIS COURT!

IN SUMMARY; IT IS THE PETITION & PRAYER OF THIS AFFIANT THAT HE BE RECOGNIZED, NOT AS A "RACKETEERING TERRORIST," BUT AS A GENUINE & TRUE ADVOCATE FOR THE PEACE & CIVIL ORDER OF OUR PROUD NATION, AND A PROTECTED ASSET FOR THE REFORMATION & RESTORATION OF OUR AMERICAN GOVERNMENT AND ITS JUDICIAL SYSTEM, WHICH MUST BE REIGNED IN IF OUR COUNTRY IS TO SURVIVE & TO AVOID A MAJOR MELTDOWN TO ANARCHY! THE AMERICAN PEOPLE ARE DESERVING OF THEIR GOVERNMENT LEADERS PROVIDING HONEST SERVICES AS THE TRUSTEES OF THE PUBLICS WELFARE & SAFETY;

IT IS SO, AND SO IT SHALL BE!

MAY PEACE, MERCY & GRACE LIGHT YOUR JOURNEYS HOME!!

*[signature]*
Authorized Agent
Paramount Secured Party Creditor
Non-US Domestic / Non-Resident Alien
All Rights Retained UCC 1-308

*[Left margin:]* "As you have abandoned me to serve foreign gods in your own land, so shall you serve foreigners in a land not your own." — Jeremiah 5:19

*[Right margin:]* Again; this Affiant is a two-time Vietnam combat Veteran with the US Navy; the does not deserve the condemnations of the State or the judiciary!!

Curry, Steven Duncan @
Detz C101 #23970
Alamogordo, NM [88310]

"CRITICAL"
URGENT / CRITICAL
LEGAL EXPEDITE!!
Please DELIVER!!

Federal Case No # 2:17-CV-01079 JB-GJF (jam)

EL PASO TX 799
RIO GRANDE DISTRIC
07 DEC 2017 PM 2 L

RECEIVED
At Albuquerque NM
DEC 11 2017
MATTHEW J. DYKMAN
CLERK

DETENTION CENTER
INMATE CORRESPONDENCE

To: Matthew J. Dykman
Clerk of Court
U.S FEDERAL DISTRICT Court
U.S Court House, 7th Rm 270
333 Lomas Blvd. NW.
Albuquerque N.M 87102