December 13, 2017

Curry; Steven Duane ©
OCDC C-101 #38970
Alamogordo, NM [88310]

To: Matthew J. Dykman
Clerk of Court
US Federal District Court
US Courthouse, Rm #270
333 Lomas Blvd. NW
Albuquerque, N.M. 87102

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
DEC 1 8 2017
MATTHEW J. DYKMAN
CLERK

RE: Curry V. New Mexico, Et al
Federal Case No.# 2:17-CV-01079-RB-GJF (iam)

SUBJECT: Affidavit ; Petition For Discharge, Dismissal, Set off ; Settlement of Charges; Pursuant HJR 193 ; Public Law 73-10; 12 USC 411; UCC 3-603 ; O.R.S. 81.010; ; Bill of Exchange Law of 1882; Universal Declaration Of Human Rights; Petition For Diplomatic Immunity;

On ; For The Record;

1. The Affiant is a Non-Resident Alien ; Non-US Domestic in relation to the Municipality ; Embassy of Washington D.C., which is a foreign enclave ; corporate liason of the City of London, a.k.a. "Crown Templar" ; "Bank of London," and Vatican City of Rome, Italy; - FACT!

2. As such, the Affiant is Not a Corporation, an artificial entity, a XIV Amendment Citizen, Subject,

page #1 of 8

or PERSON, or AGENT, of the Washington D.C. "Military Complex," even though the Affiant once served in the US Navy & US Army Reserve, with two Combat Tours during Vietnam between 1971-1975 & 1975-1977.

3. The Affiant did, as an honorable American Sailor, take an Oath to protect & serve this nation against all enemies, both foreign & domestic. This Oath was for life, as the Affiant has demonstrated with his lifetime membership in the VFW & his Fraud Stopping!

4. The Affiant was not aware during the time of his service & contract with this foreign military corporate enterprise that he was not serving the dejure government of the United States, as these details were not made known to him.

5. Now that the Affiant is aware & cognizant of the nature & intent of this foreign embassy operating on the Land, it is the Petition & Prayer of the Affiant that he & his wife be granted Diplomatic Immunity as American State Nationals Living under a corporate military occupation, and as protected crime victims, witnesses, and informants against previously identified government services corporations, their subsidiaries, and their free lance contractors.

6. The Affiant understands that such Diplomatic

page 2 of 8

Immunities & protection services are not free, and there exists a $600,000.- processing fee which is commeasurent to what the government had paid out in bonding the Affiant's birth certificate upon his Birth being registered with the state.

7. Given the recent discoveries & exposures of the existence of Treasury Direct Accounts for every American with a Social Security Number, and that through GMEI Utility.com the Affiant has uncovered no less than 97 International & Domestic Corporations who have been using the Affiant's ID & Social Security Number to float any number of security instruments, it is not at all surprising to learn of such bonds being created around the Affiant's Birth Certificate!

8. In light of the above discoveries, and the assurancies he has received from the officers of the US Treasury, the attached Promissory Note is being presented to the Clerk of Court for endorsement & assignment to the US Secretary of State for the sole purpose of satisfying the purchase of Diplomatic Immunity & Protection Services of the USA Corporation.

9. The Affiant would ask both Mr. Fawcett and Mr. Brack to serve as his Trustees & Fiduciaries to make certain the enclosed Promissory Note is properly & lawfully processed as per the International

page #3 of 8

Commercial Laws, the Bill of Exchange Laws of 1882, and all other pertinent & relative laws, and to make certain the Affiant/Petitioner receives honest services from those responsible for processing this Commercial Instrument without any delay, denial, subversion, conversion, or obstruction.

10. Should the Promissory Note be found to be defective in any way, the US Treasury is to contact the Affiant with suggestions & instructions on how to correct the defect or deficiency within Ten (10) Days time of receipt of note.

11. After the Ten (10) Day cure time, the Note shall stand as genuine & valid tender in the full amount ledgered, and at no time shall any third party be allowed as parties to this Contract without the full, knowledgeable & free willed consent of the Payee or Payor, their Assigns, or their Heirs.

12. Should anyone challenge the validity & legitimacy of the Affiant's rights to create & issue such a Commercial Instrument, they are welcome to research UBUNTU, and the work of Michael Tellinger for further details, and 22 USC, 5 USC, & 15 USC.

13. IMPORTANT & CRITICAL NOTICE TO MR. FOURATT & MR. BRACK: As predicted, and as noted in the "Electronic Notice" of a Colorado warrant, stating that Colorado waives its extradiction

page #4 of 8

rights, the State of Colorado was given 30 Days to extradite the Affiant. It has now been 45 Days without Colorado uttering a word, which demonstrates their lack of jurisdiction, their lack of judicial discretion, their lack of proper Venue, their lack of sustainable evidence, and their lack of confidence Colorado has in its judiciary to hold the Affiant accountable for any wrongdoing! No Injury! No Crime! No Foul!

Should it be argued that the single charge of "racketeering" was a Federal charge, the Affiant would most certainly object to such charge being lodged & Levied by a State or County District Court, which would be an improper Venue to assert Federal charges or allegations!

It would & could be argued, given "First in Time, is First in Right," (Hale v. Henkel), that the Affiant has been a protected crime victim, witness & informant under 18 USC 3771 for years longer than he has been an alleged "Fugitive from Justice" from Colorado!

14. Once again, the Judiciary Act of 1789, from which most "judges" draw their Oaths of office, clearly prohibits the Issuance (of a warrant) in one Judicial District for the arrest of a "PERSON" in another Judicial District! In addition, the MAXimum sentence permitted by the Judiciary Act of 1789 is a $100 fine, 30 stripes, and six (6) months imprison-

Page 5 of 8

ment! Given this Maximum, and the Affiant has been held in captivity for an alleged Federal offense for 90 Days as of 12/22/17, and with "Good Time," The Affiant has served this time and more, given he never injured anyone or committed any offense against the US or State!! The Affiant, then, Must be released for just cause and in the pursuit of Justice!! He is also to be awarded the full measure of relief & remedy he is seeking in his Summary Judgment without further sale, denial, delay, subversion, conversion, or obstruction!!

Given, too, the fact that neither Colorado or New Mexico have yet to respond, protest, argue, or rebut the Affidavits now of record with this US District Court, Mr. Fouratt & Mr. Brack should be able to find their way clear to grant the Petitioner his Prayer for a Summary Judgment without any further delay or difficulty!

15. The Affiant would ask of Mr. Brack & Mr. Fouratt, that they issue a "Protection Order" against these persons, officers & agents of Colorado & New Mexico who have sought to harm or injure the Affiant, and that for short term, Otero County Sheriff, Benny House, be assigned

"Now there is NO mediator necessary when only one Party (the Truth) is involved - and God is the One Party --" Galatians 3:15

as the Affiant's protector, until other Federal protection for the Affiant & his wife can be implemented & deployed.

<u>In Closing</u>, the Affiant is in critical need of medical attention, and the Affiant's Legal Counsel has scheduled a "Plea Hearing" in the Otero County District Court for Wednesday, Dec. 20, 2017, wherein Jonathan Miller hopes to convince the Court to release the Affiant on Medical grounds. The Affiant has informed Mr. Miller of his <u>OBJECTION</u> to the "Plea Hearing", as neither Mr. Counts, or Mr. Blankinship, can hear the motion for their lack of subject matter jurisdiction, their lack of proper venue, their lack of credible evidence, and their lack of prosecution, and their continued violation of the Affiant's rights to due process, etc, etc, etc.

As part of the Affiant's request for Summary Judgment, the Affiant would ask that Mr. Fouratt & Mr. Brack intervene with their own Superior orders that would vacate this hearing scheduled for 12/20, as the State & the 12th Judicial District have, through their <u>SILENCE</u> and tacit <u>AGREEMENT</u>, waived their rights, their defenses, their jurisdictions, and their <u>IMMUNITIES</u>!

The Affiant would be most grateful to Mr.

Fourall & Mr. Brack for Honoring their Oaths & Offices, and for their rendering Honest Services to the Affiant & his wife!

Peace, Mercy & Grace are yours to share!!

It is So, & So it shall be on this, the 83rd Day of my Wrongful enslavement & captivity!

*[signature]*
Paramount Secured Party Creditor
Holder in Due Course—
Non US Domestic & Non Resident Alien
All Rights Retained & Reserved
UCC 1-308

\* Please see enclosed Promissory Note to attach to Affiant's Birth Certificate previously submitted!
Thank you, in Advance!

"The Law, which came four hundred & thirty years afterward, does NOT annul a covenant previously ratified by God, so as to cancel the Promise, it is no longer from a Promise!" - Galations 3:15

• HONOR • SERVICE • FIDELITY • HONOR • SERVICE • FIDELITY •

## $ * * PROMISSORY NOTE * * $

DATE: DECEMBER/14/2017                    CHEQUE No.#SC-171214

CURRY; STEVEN-DUANE© 8648
GENERAL DELIVERY - TRANSIENT
UNITED STATES POST OFFICE
NEAR MAYHILL, NEW MEXICO [88338]

*SPACE RESERVED FOR THE US TREASURY*

PAY TO THE ORDER OF: UNITED STATES SECRETARY OF STATE

IN THE AMOUNT OF: ONE MILLION - TWO HUNDRED THOUSAND ($1,200,000.⁰⁰)

MEMORANDUM: Fees for Diplomatic Immunity.   (X) Curry; Steven Duane ©
                                                 AUTHORIZED AGENT

I, CURRY; STEVEN-DUANE©, A LIVING SENTIENT BEING, DO PROMISE TO PAY THE ABOVE AMOUNT TO THE PAYEE TO SET OFF, DISCHARGE, DISMISS, AND SETTLE THE COMMERCIAL DEBT OBLIGATION CURRENTLY LEVIED ON THE RECORD, AS THERE EXISTS NO LAWFUL MEANS OR METHODS BY WHICH TO PAY OFF ANY DEBT OBLIGATION, PURSUANT THE USA BANKRUPTCY OF 1933, HJR-193, PUBLIC LAW 73-10, UCC 3-603 ‡ O.R.S. 81.010, AND THE BILL OF EXCHANGE ACT OF 1882. THIS PROMMISORY NOTE IS BOTH LAWFULL AND LEGAL TENDER, AND IT IS TO BE ACCEPTED AS TENDER OF CASH.

PRIVATE INDEMNITY BOND No.#SDC00001-AMR140000IRA393427640US

UNITED STATES TREASURY ACCOUNT NO.#RE118167882US-2640220-526788648

• HONOR • SERVICE • FIDELITY • HONOR • SERVICE • FIDELITY •

## ENDORSEMENTS

PURSUANT THE BILL OF EXCHANGE LAW OF 1882, IT IS A FELONY NOT TO ACCEPT THIS PROMISSORY NOTE AS A TENDER OF PAYMENT AS CASH, AS PER 15 USC 1 ; UCC 3-603 / O.R.S. 81.010 ; 12 USC 411.

BY MY AUTOGRAPH BELOW, I UNDERSTAND, ACCEPT, AND AGREE TO THE TERMS & CONDITIONS SET FORTH HEREIN, AND TO DISHONOR THIS COMMERCIAL INSTRUMENT WOULD BE TO DENY, SUBVERT, DEPRIVE, AND OBSTRUCT THE ISSUERS RIGHTS OF FREE TRADE & COMMERCE, WHICH ARE NATURAL, UNALIENABLE & CONSTITUTIONAL RIGHTS THAT SHALL NEVER BE SANCTIONED OR CONVERTED BY THE STATE, OR ANY THIRD PARTY WHO MAY BE RE-PRESENTING THE INTERESTS OF THE STATE. THE UNDERSIGNED ALSO AGREES THAT THE ISSUER STANDS UPON HIS COMMERCIAL & CONSTITUTIONAL RIGHTS TO CONTRACT WITH WHOM HE WILL, OR TO REVOKE ANY & ALL CONTRACTS NOT OF HIS MAKING. - HALE V. HENKEL

_____ / / _____
PRINTED NAME              DATE         AUTOGRAPH

✳ THIS SPACE IS RESERVED FOR THE US TREASURY ✳

From:
Curry, Steven Duane ©
OCDC C-101 #38970
Alamogordo, NM [88310]

Critical Mail
Legal Express
Harry Delivery

To: Matthew J. Dykman
Clerk of Court
U.S. Federal District Court
U.S. Courthouse, Rm #270
333 Lomas Blvd. N.W.
Albuquerque, N.M. 87102

Federal Case No. # 2:17-CV-01079-JB-GJF (am)

EL PASO TX 799
RIO GRANDE DISTRICT
14 DEC 2017 PM 1 L

RECEIVED
At Albuquerque NM

DEC 1 8 2017

MATTHEW J. DYKMAN
CLERK