17CV1079 RB/GJF

# OTERO COUNTY DETENTION CENTER
1958 Dr. Martin Luther King Jr. Drive
Alamogordo, New Mexico 88310-8121
Telephone 575-434-2519

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

DEC 29 2017

MATTHEW J. DYKMAN
CLERK

## INMATE GRIEVANCE/APPEAL/COMPLAINT FORM

Date: 12/21/17, Time: 1930, Cellblock: C-1, Incident Report No. 1.

I, Curry, Stevin Duany (PRINT NAME) would like to file a (Grievance), Appeal, Complaint /CLAIM

To: Sheriff Benny House for the following reason(s):

(STATEMENT OF KNOWN FACTS; WHO, WHAT, WHEN, WHERE, WHY AND HOW.)

On; For the Record; I would like to protest, argue, and rebut any & all unsubstantiated statements, comments, inferences, or hearsay suggestions made by OCDC Admin or Medical personnel that my injuries have been self-inflicted, and that, I have refused my prescribed pain medications during Med-Pass rounds! These comments made their way to the District Court record on 20 December, 2017, and I resent any suggestion or implication that my injuries were **Not** the result of my First Degree Aggravated Assault & Battery by agents of the Judiciary & County during my false arrest on a defective, null & void out-of-state "Electronic Notice," which was a IV Amendment Violation of my Rights!

Continued on back: (Yes) No;    SIGNATURE: [signature]

I will also Notice all Principals & Agents of the State, the 12th Judiciary, and the County, that I have languished in captivity for 90 Days as of Friday, the 22ND, without the benefit of Due Process & arraignment on the alleged charges & allegations since my initial detention & false arrest. By law, I was to be arraigned within 72 hours!!

This "Grievance" is also a DEMAND that the results of a "Competency Exam" performed on October 5, 2017 by Dr. Douts of the OCDC Mental Health Department be produced & presented to the State District Court records in cases # 17-ER-00046 & M-CR-00034, and to the Federal US District Court Case # 2:17-CV-01079-JB-GLF (iam), As Soon As Possible!! This "Exam" was ordered by Judge Counts on October 3, 2017, and it has kept this Affiant on a "No Bond Hold" ever since, which has compounded the Affiant's injuries and his sufferings of PTSD from the "Incident of 12 Sept., 2017"!! Ms. Erracorcio witnessed this Exam!!

Failure to provide the above information is **Not** an option, as such acts will be deemed a deliberate Breach of the Public Trust and a willfull Breach of the Peace & Civil Order as promulgated under this Affiant's Universal Declaration of Human Rights!!

May the Light of the Spirit guide your way in providing me the Relief, Remedy, and the Mercy I am entitled to under God's Laws!! CURRY

From: Steven Duane C
DR # C-101 # 35670
Alamogordo, NM [88310]

Andrea Williams
1500 [illegible]
Phoenix [illegible]

To: Sheriff Bowing House
c/o Matthew J Dykman
Clerk of Court
US Federal District Court, Rm 270
333 Lomas Blvd NW
Albuquerque, NM 87102

Federal Case No. 2:17-cv-01079-RB-GJF (law)

EL PASO TX 799
RIO GRANDE DIS-RT
29 DEC 2017 PM

RECEIVED
At Albuquerque
DEC 29 2017
MATTHEW J. DYKMAN
CLERK