DATE: 31 December, 2017     (c/o) Curry, Steven Duane ©
OCDC C-101 #38970
Alamogordo, NM [88310]

TO: Matthew J. Dykman
Clerk of Court
US Federal District Court, Rm. #270
333 Lomas Blvd. NW
Albuquerque, N.M. 87102

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN - 5 2018

MATTHEW J. DYKMAN
CLERK

RE: Curry v. New Mexico, et al; Case No. 2:17-cv-01079-RB-GLF (iam)

SUBJECT: Notice of Assignment of Heir & Executor-in-Probate; ~~Pursuant the Universal~~ Declaration of Human Rights;

Let the Master Records show, that;

Curry, Steven Duane© is a Living-Born Sentient Being of the age of majority, and that, he has not been lost at sea, nor has he been found dead on the battlefield; And that; being competent in handling his affairs, and that, he is Not incompetent, mentally-challenged, an infant, a Ward of the Court, or a Ward of the State; and as such, he has awarded, conveyed, transferred, and bequeathed his Power of Attorney to his wife & friend, Sandra Lee Tyler, and now he does award, convey, transfer, & bequeath his entire E-state, along with its value to his wife & friend, Sandra Lee Tyler, to do as she will with this Estate. Should she pass, I assign my Brother, David Allen Curry as my "Next Heir & Assign."

In both cases, I assign Jonathan Miller, Esq. to assist them in & with any collections activities necessary to maintain my E-state & properties, papers & effects, or to restore same!

Given the expected Summary Judgment in the above page 1,

case, and the expected Default; Summary Judgments from the State District Court Cases, ie #17-CR-00036; #17-ER-0004673, I will expect Jonathan Miller to execute my will, that of my wife, and that of my Brother, and/or that of their Assigns & Heirs on into forever, so long as my Will remain unbroken!

It is expected that Mr. Brack & Mr. Fouratt, as my Fiduciaries & Trustees, will honor my written words & orders and those of my Assigns & Heirs, as My E-state cannot & shall not be challenged by any un-secured or secured third party, or by any one operating with malfeasant or malicious intent. Any such proclivity shall be deemed criminal trespass & piracy, with the perpetrator(s) being charged, prosecuted & sentenced for same!

It is so; and so it shall Remain!!

[signature]

Paramount Secured Party Creditor
Holder in Due Course
Non-US Domestic
Non-Resident Alien
All Rights Reserved
UCC 1-308

Curry, Stephen Duane ©
CCDC C-101 #38570
Alamogordo, NM [88310]

Critical! URGENT!!
Legal Mail!!
Please Expedite
Delivery!!

Federal Case No # 2:17-cv-01079-RB-GJF (iaw)

To: Matthew J. Dykman
Clerk of Court
US Federal District Court, Rm 270
333 Lomas Blvd. N.W.
Albuquerque, N.M. 87102

INMATE CORRESPONDENCE
DETENTION CENTER

EL PASO TX 799
RIO GRANDE DISTRICT
03 JAN 2018 PM 1 T

MATTHEW J. DYKMAN
CLERK

FILED
At Albuquerque NM
JAN 5 2018