Curry; Steven Duane ©
Full Name/Prisoner Number
OCDC C-101 #38970
1958 Dr. Martin Luther King Dr.
Complete Mailing Address
Alamogordo, NM (88310)

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

JAN 17 2018

MATTHEW J. DYKMAN
CLERK

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

Civil Action No. 2:17-cv-01079 RB-GJF
(To be supplied by the Court)

Curry; STEVEN DUANE ©, Plaintiff(s),
Full name(s) and prisoner number(s)
(Do not use et al.)

v.

DAVID J. Hunter (STATE ACTOR); DAVID SANCHEZ (STATE ACTOR); Roxeanna B. Esquibel, Esq. (Actor); JOANNA VARRADONDO (Actor) Defendant(s).
(Do not use et al.)

## PRISONER'S CIVIL RIGHTS COMPLAINT

### A. PARTIES AND JURISDICTION

1. Curry; Steven Duane (Plaintiff) is a citizen of New Mexico (State) NM-US Domestic who presently resides at OCDC C-101 #38970 1958 Dr. MLK Drive, Alamogordo, NM 88310
(mailing address or place of confinement)

2. Defendant David J. Hunter (name of first defendant) is a citizen of New Mexico (State) whose address is 1000 New York Ave. Alamogordo, NM 88310, and who is employed as District Attorney - Investigator (title and place of employment) At the time the claim(s) alleged in this complaint arose, was this defendant acting under color of state law?
X Yes ___ No. If your answer is "Yes," briefly explain:
Hunter was not in possession of a valid, legitimate, binding, or enforceable arrest warrant, his Oath of office, his Bond, a Certificate of liability, a Badge, or an ID; all of which were required under the IV Amendment prohibitions & constraints! In absence of these REQUIREMENTS, Hunter was operating in his private capacity & well outside of his official-state capacity! [See "A. Parties" Addendum]

3. Defendant __DAVID SANCHEZ - Deputy__ is a citizen of __NEW MEXICO__
   (name of second defendant)                                    (State)

whose address is __Otero County Sheriff's Dept., 3208 N. White Sands Blvd. Alamogordo NM 88310__

and who is employed as __Otero County Sheriff's Dept.__. At the time the claim(s)
                        (title and place of employment)

alleged in this complaint arose, was this defendant acting under color of state law?
__X__ Yes  ____ No.  If your answer is "Yes," briefly explain:

Sanchez, Like Hunter, was **Not** in possession of a valid, legitimate arrest warrant, his oath of Office & all required Bonafides under the IV Amend. protocols

(If more space is needed to furnish the above information for additional defendants, continue on a blank sheet which you should label "A. PARTIES." Be sure to include each defendant's complete address and title.)  SEE ADDITIONAL INFORMATION UNDER Attached A. Parties

(CHECK ONE OR BOTH:)

____ Jurisdiction is asserted pursuant to 42 U.S.C. § 1983 (for state defendants) or *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) and 28 U.S.C. § 1331 (for federal defendants).

____ Jurisdiction also is invoked pursuant to 28 U.S.C. § 1343(a)(3). (If you wish to assert jurisdiction under different or additional statutes, you may list them below.)

Pursuant Public Law 80-722, which was found to be unratified, the Question of Jurisdiction is pending, if Not MOOT!

## B. NATURE OF THE CASE

BRIEFLY state the background of your case. As a scientist & researcher, and as a protected crime victim, witness, and informant under 18 USC 3771 for the SEC, IRS, the FCPB, and the VA, I was investigating mortgage-lending fraud in Otero County, when David J. Hunter, allegedly investigating my use of Veteran's Subsistence Survivor Checks, arrived on my private property to provoke & instigate my violating a law, statute, or rule, and to serve an out-of-state warrant he did not have in his possession as required under the IV Amendment.

## C. CAUSE OF ACTION

I allege that the following of my constitutional rights, privileges, or immunities have been violated and that the following facts form the basis of my allegations: (If more space is needed to explain any allegation or to list additional supporting facts, continue on a blank sheet which you should label "D. CAUSE OF ACTION.")

Claim I: State Actor's Hunter, Sanchez, James Walsh, Roxeanna B. Esquibel, and her sister, Joanna Vurradondo, have conspired & colluded amongst themselves to deny, derail, subvert, usurp, convert, and obstruct my natural, unalienable, Commercial & Constitutional Rights under the Color of Law, and in violation of Amendments I, II, IV, V, VI, VII, VIII, IX, X, XI, and the Original & Organic (Pre-1871) XIII Amendment! SEE ADDITIONAL INFO IN ADDENDUM.

Supporting Facts: (Include all facts you consider important, including names of persons involved, places, and dates. Describe exactly how each defendant is involved. State the facts clearly in your own words without citing legal authority or argument.)

See Attached "Addendum" and cause for dismissal of Action, as State, nor its officials are Persons subject to suit, nor can they bring suit! - McLaughlin

**Claim II:** As a Protected Crime Victim, Witness, & Informant, I was absolutely protected & immune from the aggravated First Degree Assault & Battery by Hunter, Sanchez, and other unknown State actors!

Supporting Facts:

1. I have been a researcher, crime victim, witness, and informant under 18 USC 3771 against several major criminal enterprises including the International Meteorite Collector's Association (IMCA); County Technical Services, Inc (CTSI); Freedom Mortgage Company; Wells Fargo, UBS, MERS CORPORATION, and the ABA & IBA.

2. My reports of fraud have the SEC, IRS, FCPB, and the VA to file suits against Freedom Mortgage & others, and my work has seriously impacted the illegal exportation of Meteorites out of the Saharan Deserts, which had been the conduit for Money Laundering for Al Queada, ISIS, & ISIL operations in Northern Africa!

3. As a two-time Vietnam Combat Veteran, I took an oath to protect my Country against all enemies, both foreign & domestic, and my Oath was for Life, as demonstrated by Whistle Blowing & Fraud stopping Campaigns, and by my Lifetime Membership with the VFW!!

4. By my resolve & by my convictions, I am immune from acts of reprisal & retaliation by any State Actors choosing to operate outside their official State Capacities and in their private capacities & under their personal liabilities!

3

Claim III: As the only injured party to the incident of 22 Sept, and having sustained further injury & suffrage from my false arrest and wrongful captivity, I am entitled to full relief & remedy available under the law!

Supporting Facts: My injuries were physical, mental, emotional, and violations of my natural, unalienable, commercial & constitutional rights! The State, nor the actors for the state, can allege injury, as the state is a fiction, a corporation, and an artificial entity! As Mr. Brack stated, the State is not a person, or a suitable entity!

[SEE ADDENDUM]

### D. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF

1. Have you begun other lawsuits in state or federal court dealing with the same facts involved in this action or otherwise relating to the conditions of your imprisonment? ___Yes  _X_ No. If your answer is "Yes," describe each lawsuit. (If there is more than one lawsuit, describe the additional lawsuits using this same format on a blank sheet which you should label "E. PREVIOUS LAWSUITS AND ADMINISTRATIVE RELIEF.")

   a. Parties to previous lawsuit:

      Plaintiff(s): _____

      Defendant(s): _____

   b. Name and location of court and docket number _____

   c. Disposition of lawsuit. (For example, was the case dismissed? Was it appealed? Is it still pending?)
   _____

   d. Issues raised: _____

   e. Approximate date of filing lawsuit: _____

   f. Approximate date of disposition: _____

2. I previously have sought informal or formal relief from the appropriate administrative officials regarding the acts complained of in Part D. ___Yes _X_ No.

If your answer is "Yes," briefly describe how relief was sought and the results.

3. I have exhausted available administrative remedies. ___Yes _X_ No. If your answer is "Yes," briefly explain the steps taken. Attach proof of exhaustion. If your answer is "No," briefly explain why administrative remedies were not exhausted. The Law considers this US District Court to be administrative & ministerial! I have not, then, exhausted my administrative remedies, as I expect this court to grant both relief & remedy as required under law!

4

## E. PREVIOUSLY DISMISSED ACTIONS OR APPEALS

1. If you are proceeding under 28 U.S.C. § 1915, please list each civil action or appeal you have brought in a court of the United States while you were incarcerated or detained in any facility that was dismissed as frivolous, malicious, or for failure to state a claim upon which relief may be granted. Please describe each civil action or appeal. If there is more than one civil action or appeal, describe the additional civil actions or appeals using this same format on a blank sheet which you should label "F. PREVIOUSLY DISMISSED ACTIONS OR APPEALS."

a. Parties to previous lawsuit:

   Plaintiff(s): Curry

   Defendant(s): STATE OF NEW MEXICO

b. Name and location of court and docket number: US DISTRICT COURT OF NEW MEXICO 2:17-CV-01079 JB-GJF

c. Grounds for dismissal: ( ) frivolous ( ) malicious (✓) failure to state a claim upon which relief may be granted.

d. Approximate date of filing lawsuit: 10/30/2017

e. Approximate date of disposition: 1/8/2018

2. Are you in imminent danger of serious physical injury? ✓ Yes ___ No. If your answer is "Yes," please describe the facts in detail below without citing legal authority or argument.

I am under constant threat of injury while incarcerated given the custodians, jailers, and medical staff all work for the judiciary, aka ABA, and State Bar Associations, who I have been reporting on! There have been several confidential informants planted in the cell block since my arrest!

## G. REQUEST FOR RELIEF

I request the following relief: As a protected witness & informant against Hunter, Esquibel, and Varraclando, under 18 USC 3771, and as the only genuine injured party to the 22 Sept. incident and having been assaulted, beaten, falsely arrested, and wrongfully imprisoned, I demand my immediate release, and that I be awarded $1086.- per minute for each minute I have suffered back to David J. Hunter's & David Sanchez's criminal trespass upon my private property, as in 1830 hours on 22 Sept. to the time of my release!! This court is obligated under 18 USC 3771 to protect & safeguard my life & properties & freedoms & pursuits!!

**Prisoner's Original Signature**

*I am my own Attorney-in-fact as filed with the New Mexico SOS.*

*Public Defender; Aka "Legal Advisor"
Jonathan Miller
P.O. Box
Albuquerque, NM*

Original signature of attorney (if any)

*[signature]*

*OCDC C-101 #38970
Alamogordo, NM [88310]*

Attorney's full address and telephone

*970-316-1361*

## DECLARATION UNDER PENALTY OF PERJURY

The undersigned declares under penalty of perjury that he/she is the plaintiff in the above action, that he/she has read the above complaint and that the information contained in the complaint is true and correct.  28 U.S.C. § 1746; 18 U.S.C. § 1621.

Executed at *OCDC 1953 Dr. MLK Drive* on *Jan. 10, 2018*.
(location) *Alamogordo, NM*     (date)

*[signature]*
Prisoner's Original Signature

*Mr. Brack; Please let me know of any further defects that I need to remedy. Otherwise, I will expect you to order the dismissal of the States case as neither the State or Hunter are 'Persons' under 1983, where they are not suable entities, and nor can they bring suit under the XI Amendment; and thus the State case must be dismissed with great prejudice! — Thank you, in Advance, Sir!*

*[signature]*

6

Addendum

A. PARTIES AND JURISDICTION:

Both Hunter & Sanchez, and other State Actors unknown, were acting under color of state law and well outside of their official capacities.

According to McLaughlin v. Bd of Trs, 215 F.3d 1168, 1172 (10th Cir. 2000) "the State of New Mexico, or Hunter "are not 'persons' subject to suit," and nor can they bring suit!" "Neither the State nor its officials acting in their official capacities are 'persons' under Section 1983.

Under Pfeiffer v. Hartford "prosecutor David Hunter is absolutely immune from suit for actions "taken in connection with the judicial process," including initiating a prosecution and presenting the State's case!"

Summary: Having chosen to operate in his private capacity, Hunter has surrendered his rights, his defenses, and his alleged governmental immunities, and he was forbidden to bring suit, as he is not a 'person'. His case at the State District case is without merit and must be dismissed with prejudice! As a Judicial officer, Hunter does not have governmental immunity, because he is not a government officer or public servant [See HB 1262-Colo.] — As a Judicial officer, Hunter is prohibited from bringing suit under the XI Amendment, as is a citizen & subject of a foreign power



Curry; Steven Duane
OcDc #101 #38570
Alamogordo, NM [88310]

Critical / Urgent
LEGAL MAIL
handle
Phoenix Delivery

Federal Case No. # 2:17-cv-87002-1947-8997

EL PASO 799
RECEIVED
12 JAN 2018 At Albuquerque NM

JAN 17 2018
MATTHEW J. DYKMAN
CLERK

DETENTION CENTER
INMATE CORRESPONDENCE

To: Robert C. Brack; US District Court
c/o Matthew J. Dykman
Clerk of Court
US Federal District Court, Rm 270
Albuquerque, NM 87102
333 Lomas