FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
FEB 16 2018
MATTHEW J. DYKMAN
CLERK

Date: 12 February 2018

Curry; Steven Duane ©
OCDC C-101 #38970
Alamogordo, NM [88310]

To: Clerk of Court
Twelfth Judicial District - Otero County
c/o Matthew J. Dykman - Clerk of Court
US Federal District Court, Rm #270
333 Lomas Blvd, NW
Albuquerque, NM 87102

RE: State Dist. Ct. Case # D-1215-17-CR-00036 (TBD)
D-1215-17-ER-080476 (TBD)
Curry v. State of New Mexico, et al
Federal Case # 2:17-CV-01079 RB-GLF

Subject: Affidavit/Notice & Petition for an Identity Hearing, Pursuant Universal Declaration of Human Rights; Amendments I, II, IV, V, VI, VII, VIII, IX, X & XI of the US Constitution;

Let this Court of Record show that, the Affiant is a Living-born sentient being and a creation of God! As such, the Affiant is entitled to a hearing to Lodge & RECORD his true & genuine identity, and to prove out, for all time, that he is NOT the "PERSON," Corporeal Entity," "Artificial Being," a "CORPORATION," or "Fictional Character" named in the State's charging documents, and that he is to be released from his wrongful captivity,

"FRAUD VITIATES ALL CONTRACTS, INCLUDING WARRANTS ISSUED UNDER THE COLOR OF STATE LAW as those warrants were null & void upon their inception!

The term "LEGAL" is defined by the ENCYCLOPEDIC Britannica Arts & Sciences Dictionary as "THE UNDOING OF GOD'S LAWS," making the "Legal System" FOREIGN to both the State & US Constitutions & FOREIGN to the Living Affiant!!

and awarded the full measure of relief & remedy allowable under law for the injuries & damages the State, the 12th Judicial District, and Otero County have caused him, his wife, and his family!

Given, too, that the State, the Judiciary, and Otero County have, with malice & forethought, purposely misidentified, mischaracterized, and misrepresented the Affiant by attaching aliases, titles, labels, allegations, and charges, that cannot possibly, logically, or plausibly belong to the Affiant! Such aliases, titles, labels, allegations, and charges include, but are not limited to the following:

1. "STEPHEN CURRY"
2. "STEPHEN CURRY, Age 58"
3. "STEPHEN CURRY, Age 58, from Pennsylvania"
4. "STEVEN DUANE CURRY"
5. "STEVEN DUANE CURRY, Age 58"
6. "STEVEN CURRY, DOB 4/20/59"
7. "STEPHEN CURRY, DOB 4/20/59"
8. "CURRY, STEVEN D., Age 58"
9. "CURRY, STEVEN DUANE, DOB 4/20/59
10. "STEVEN DUANE CURRY - Child Rapist & Murderer"
11. "STEVEN DUANE CURRY - Murderer"
12. "STEVEN DUANE CURRY - Guilty of DWI"
13. "STEVEN DUANE CURRY - Guilty of Firearms Violations"
14. "STEVEN DUANE CURRY - Guilty of Hate Speech"

Note: "Any alias or title expressed in ALL-CAPS letters denotes & describes a "FICTION," a "CORPORATION," a "PERSON," and "ARTIFICIAL ENTITY," — U.S. GOVERNMENT PRINTING OFFICE MANUAL.

15. "STEVEN DUANE CURRY - Terrorist"

16. "STEVEN DUANE CURRY - Domestic Terrorist"

17. "STEVEN DUANE CURRY - PAPER TERRORIST"

18. "STEPHEN CURRY - A Very Dangerous Man"

19. "STEPHEN CURRY - A Flight Risk"

20. "STEVEN DUANE CURRY - Fugitive From Justice"

21. "STEVEN DUANE CURRY - DEFENDANT"

22. "STEPHEN CURRY - INMATE"

23. "STEPHEN CURRY - FIT FOR INCARCERATION"

24. "STEVEN CURRY - RACKETEER"

In Summary: With over 24 Aliases, titles, labels, charges, allegations given him, the Affiant is entitled to a fair hearing before a competent Court of law, and before a competent Article III judge, if such a court and judge exist within the State of New Mexico or COLORADO.

As a reminder, the Affiant has languished under wrongful imprisonment for 142 Days without being lawfully arraigned, and he was found to be exceedingly competent by Dr. Deats on 5 October, 2017, which should have discharged the "No Bond Hold" Levied against him by Mr. Counts on 3 October, had Arradando come forward with this info.

The Affiant also has new legal counsel in one Jason Montclaire, Esq., who replaced Jonathan Miller, as Miller provided no Honest Services as the Affiant's "Legal Advisor," and

The State District Courts administered by Mr. Counts & Mr. Blankenship have yet to produce their (IDENTITIES) to the record, as in their Legislative Authority to presume subject matter jurisdiction or judicial discretion over the Living Affiant!!

Miller should be censured, sanctioned, and penalized for his defective & ineffective counsel, and for his reckless endangerment of the Affiant under 28 USC 1654.

It is the Petition & Prayer that Mr. Brack & Mr. Fouratt will find their way clear to order Federal Grand Jury investigations of ① Montrose County 'Judge' Bennet Alden Morris, District Court 'Judge' Mary E. Degenhart, Sheriffs Dunlap & Murdie & Freedom Mortgage's theft of the Affiant's home & properties with their help! ② Denver County District Court's relation to the COLORADO Attorney General's office & their prosecution of the Affiant & the COLORADO Common Law Grand Jury members in retaliation & reprisal for their reports on Colorado fraud & Corruption. REPORTING CRIME IS NOT A CRIME!! ③ A full & complete Grand Jury investigation into DA David J. Hunter's professional & personal relations with Deputy Sheriff David Sanchez, DA Roxeanna B. Esquibel, James Walsh of Coldwell Banker Realty, and Joanna Arrolando; all of whom have conspired & colluded among themselves to violate & deprive the Affiant of his natural, unalienable, Commercial, and Constitutional Rights; Pursuant 42 USC 1983. ④ In their "ultimate Disposition" of the Affiant's Federal Counter Claim & his "42 USC Section 1983

Important Note: Failure of Bennet Alden Morris, and the Denver District Court "Judges" to fully disclose their "DENTITIES" as "Federal Judges" under 28 USC 636, Violates the prohibitions checked under 28 USC 455. This failure to disclose their true & genuine ID's & Nullifies & VOIDS all Warrants and/or Contracts issued by them!

Action-at-law" against the above entities + individuals, Brack + Fouratt are commercially obligated to grant the measure + means of relief + remedy that is due the Affiant under Law, as in awarding him the $1086 per minute for each + every minute of his false arrest, kidnapping, and wrongful incarceration since 22 Sept. 2017, and that the above named individuals + entities are to be held liable for all of the Affiant's medical expenses, including surgeries + prescription medications, onward + forever!!

It is so + so it SHALL BE!!

[signature]
Paramount Secured Party Creditor
Holder in Due Course
Non-Resident Alien
ALL Rights Reserved
UCC 1-308

Post Script: Given the Affiant's false arrest was prefaced with his investigation + research of Freedom Mortgage, both Mr. Brack + Mr. Fouratt are asked to issue an order to the VA for them to release $11.8 Million in settlement proceeds from Freedom Mortgage to the Affiant + his wife for their losses, pain + suffering of Freedom Mortgage's fraudulent foreclosure of the Affiant's home;

As Federal judges under 28 USC 636, Mr. Counts + Mr. Blankinship are obligated to disclose their conflicts of interest with the OCSE and to divest their interests in the NORTHERN TRUST CORPORATION, INC., as per 28 USC 455 + F.R.C.P. Rule 21(b).

properties, as allowed 15 USC 1 & 2, 18 USC 241 & 242, and 42 USC 1983.

The Affiant wishes to thank both Mr. Brack & Mr. Fouratt for their Honor, character, and Integrity, and for their upholding the Canons, the Rules of Law, and the State & US Constitutions, as they are REQUIRED!!

FYI: A check of my SSN on GMEI Utility.com reveals that my IDENTITY has been up-for-grabs since my Birth on 04/20/1953, as my Birth Certificate clearly shows that I have been among the Living since that date, and I have not been found dead on the battlefield or adrift at sea!! My Birth Certificate is on File with this US Court, and with the State District Court as an exhibit of my status as a Living-born man, and it stands as prima facie evidence that both the State and the 12th Judicial District are Foreign to the Living Affiant, and that, he is protected under the XI Amendment from State & Judicial prosecutors, wherein "the power of the US Judiciary SHALL NOT extend to the commencement of any action against one of the United States in any court of law or equity, by any Citizen or subject of a Foreign government or power!!

Note: The Affiant's IDENTITY has been compromised repeatedly as evidenced by an Internet Search of GMEI Utilities.com, wherein the Affiant's SSN has been hacked by over 97 Corporations who have used the Affiant's private information for their own self-enrichment programs!



[signature]

Curry: Steven Duane ©
OCDC C-101 #38970
Alamogordo, NM [88310]

EL PASO TX 799
14 FEB 2018 PM 2

RECEIVED
At Albuquerque NM

FEB 16 2018

MATTHEW J. DYKMAN
CLERK

CRITICAL LEGAL MAIL !!
&
Please Expedite Delivery!!

To: Clerk of Court
12th Judicial District Court - Otero County
c/o Matthew J. Dykman; Clerk of Court
US Federal District Ct., Rm# 270
333 Lomas BLVD. NW
Albuquerque, NM. 87102

Federal Dist. Ct# 2:17-CV-01879-RB-GLF