17cv1079 -



FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2018 APR 16  PM 1:56
04/16/2018 10:02 AM
CLERK-LAS CRUCES

| | |
|---|---|
| From: | Sandra Tyler <leetyler6@gmail.com> |
| To: | cmecf@nmcourt.fed.us |
| Date: | 04/15/2018 07:12 PM |
| Subject: | regarding Steve Curry |

Steve Curry is incarcerated in Otero County Detention Center in Albuquerque, New Mexico.

He needs to be released as he has full immunity as a whislte blower but his attorney and Judge Bratt are ignoring his status.

Please file the attached on behalf of his wife, me, Sandra L. Tyler as I am in Grand Junction, CO which is 12 hours driving from Grand Junction.  970-316-1351

--------------------
Click below to report this message as spam
for cmecf@nmcourt.fed.us
Report This As Spam