4-16-18

FILED
U.S. DISTRICT COURT
DISTRICT OF NEW MEXICO

2018 APR 16 PM 1:43

CLERK-LAS CRUCES

17CV1079

RB-GJF

TCR Submitted Successfully - Reference Number:
TCR1411007620053

# Tell us about your complaint

**Please select the option that best describes your complaint**
Fraudulent investment scheme, such as a Ponzi scheme or the promise of high-yield returns

**Provide additional details about your complaint:**
County Technical Services, Inc. of Denver, CO, a private corporation, is portraying itself as an intergovernmental agency. If it was a government agency, its books would be open to the public for inspection, which they are not. I have examined CTSI's over six months ago, and I found they use county taxpayer funds for their capital investment funds in the market, where they purchase & hold a variety of stocks of other private corporations. Following the county CAFR's, we can see these capital investment funds being paid to CTSI, but no re-entry is shown for the return of investment profits to the county, or to the taxpayer. For 2013, CTSI registered profits of $36 Million from their capital investments, again with no re-entry of these funds, or profits, making it back to county treasury. County Technical Services, Inc. does not show up on the SEC's list of regulated, or self-regulated Insurance Companies, and is, in reality, embezzling county public funds for its operations of providing fraudulent & evasive risk management services for county "government employees, only! County Technical Services, Inc. employs "elected" County Commissioners as their "Board of Directors," and these "Board of Directors," a.k.a. "Elected County Commissioners," operate as "Gatekeepers," whose job it is to thwart, deny, reject, and derail all valid claims against the county, and/or County Technical Services, Inc.. In short, the public's money goes in, but nothing comes back out, except for the salaries, incomes, perks, immunities, and legal fees absorbed by County Technical Services, Inc, its administration, staff, members, and board of directors. According to County Technical Services, Inc. policies, procedures, and bylaws, which were, at one time, open for inspection, insisted that "Conflicts of Interest" were their main concern, and "Conflicts of Interest" would not be tolerated under its private corporate guidelines. Apparently, CTSI has no qualms in violating the State's Election Laws, which prohibit service by elected public officials. These public officials have failed to fully disclose their positions as Board members of CTSI to the public, which nullifies & voids their Election to Office, their Oaths of Office, and their Bonds! County Technical Services, Inc. relies on the "allegiance to service" of the elected County Commissioners to insure that no claims are honored, particularly claims against "public service fidelity/performance/surety bonds," of government officials. It is common practice for the elected County Commissioners, and County Technical Services, Inc. to refuse required C.O.R.A. requests on oaths and bond securities. CTSI offers risk management service & public service bonds for county officials, including securitizing the Oaths of Office of county judges, who are operating under false & unlawful Oaths, which were declared crimes in 1803 by the US Supreme Court. CTSI has failed to disclose the policy numbers for these securitized Oaths, and are in violation of Supreme Law of Land, as in both the State & Federal Constitutions, including the Original XIII Amendment, which prohibits BAR members from holding public office. As a victim of fraud, and having been denied information, and the ability to file a claim, either through the county, or through County Technical Services, Inc., I have received a good deal of harassment from CTSI, their officers, the

county commissioners, and from law firms hired to represent them. As of late, CTSI, employing the services of a Grand Junction law firm, Williams, Turner & Holmes, P.C. have sought a protection order be granted against me, and in favor of CTSI. I am currently registered as protected witness & informant as Whistle Blower with the SEC, and the IRS, where, I believe, CTSI was named, and/or identified, against the ABA, and the IMCA. It appears, now, I need the protection of the SEC from County Technical Services, Inc. and their law firm. Mr. Allen Chapman, and his Senior Claims agent, James Adams, along with Montrose County Commissioner, Gary Ellis, and others, need to be held accountable for their "Continuing Financial Crimes," "Protections & Racketeering," "Embezzlement," "Election's Fraud," "Criminal Impersonation," "Criminal Misrepresentation," "False Information & Hoaxes," "Perjury," and a host of other State & Federal violations, including harassment & witness tampering. If CTSI was truly a "government agency," why do they find it necessary to retain private legal counsel to seek an injunctive protection order against me? Why did they not contact the State Attorney General? If CTSI was truly a "government agency," would this not make Allen Chapman a "Department Director," rather than President & CEO? If CTSI was truly a "government agency," why have they shut down public access to their financial records? If CTSI was truly a "government agency," why do they post separate & distinct articles of incorporation, policies, procedures, and bylaws, outside of the State, or County mandates, policies & procedures identified in the State's Constitution?

**If you are alleging offering fraud, how was the offer made?**
Personal message (email, voicemail, phone call)

**Are you having or have you had difficulty in getting access to your funds or securities?**
Yes

**Did you suffer a loss?**
Yes

**Enter amount of loss to nearest dollar without characters (e.g., 15000, not $15,000.00):**
10000000

**When did you become aware of the alleged conduct? (mm/dd/yyyy)**
02/01/2013

**When did the alleged conduct begin? (mm/dd/yyyy)**
01/01/2004

**Is the alleged conduct ongoing?**
Yes

**Has the individual or firm acknowledged the alleged conduct?**
No

**What is the source of your information? You may select more than one**
Account Statements; Conversations; Publicly available information;

**Have you taken any action regarding your complaint? You may select more than one**
Complained to firm; Complained to other regulator; Complained to SEC; Complained to law enforcement;

**Who did you contact and what action did you take?**
SEC IRS Montrose County Commissioners Montrose County Clerk & Recorder Montrose County Finance Director Montrose County Sheriff's Department FBI CBI US Attorney General Colorado Governor Colorado Senators Colorado House of Representatives Mesa County Sheriff's Department Traveler's Insurance

## Who are you complaining about?

**Are you complaining about an individual or a firm?**
Firm
**Select the title that best describes the individual or firm that you are complaining about:**
Insurance company
**If you are complaining about an entity or individual that has custody or control of your investments, have you had difficulty contacting that entity or individual?**
Yes

**Firm Name:**
County Technical Services, Inc.

**Street Address:**
800 Grant Street
**Address (Continued):**
Suite #400
**City:**
Denver
**State / Province:**
CO
**Zip / Postal Code:**
80203
**Country:**
US

**Telephone:**

**Identifier Type:**
Unknown
**Are you or were you associated with the individual or firm when the alleged conduct occurred?**
No
**How are you or were you associated with the individual or firm you are complaining about?**
A Claimant.

## Products involved

**Select the type of product involved in your complaint:**
Debt Securities (e.g., corporate bonds, municipal bonds)
**Please select the category that best describes your security product:**
Treasury bonds and other U.S. government securities

**Enter the product name(s):**
Fidelity/Performance/Surety Bonds

## About you

*Are you submitting this tip, complaint or referral pursuant to the SEC's whistleblower program?
Yes
*Are you submitting this tip, complaint or referral anonymously? Being able to contact you for further information or clarification may be helpful.
No
**Are you represented by an attorney in connection with your submission?
No

**Submitter Information**

**Title:**
Mr.
**\*\*First Name:**
Steven
**Middle Name:**
Duane
**\*\*Last Name:**
Curry

**Street Address:**
21250 Dave Wood Road

**City:**
Montrose
**State / Province:**
COLORADO
**Zip / Postal Code:**
81403
**Country:**
US

**Home Telephone:**
970-249-8879

**Email Address:**
cwheileg@gmail.com
**What is the best way to contact you?**
Email
**Select the profession that best represents you:**
Other

# About you

**\*Are you submitting this tip, complaint or referral pursuant to the SEC's whistleblower program?**
Yes

\*Are you submitting this tip, complaint or referral anonymously? Being able to contact you for further information or clarification may be helpful.
No
\*\*Are you represented by an attorney in connection with your submission?
No

**Submitter Information**

**Title:**
Mr.
**\*\*First Name:**
Sandra
**Middle Name:**
Lee
**\*\*Last Name:**
Tyler

**Street Address:**
21250 Dave Wood Rd.
**Address (Continued):**
21250 Dave Wood Road
**City:**
Montrose
**State / Province:**
Colorado
**Zip / Postal Code:**
81403
**Country:**
United States

**Home Telephone:**
970 249-8879
**Work Telephone:**
970 249-8879
**Mobile Telephone:**
970 249-8879
**Other Telephone:**
970 249-8879

**Email Address:**
leetyleer6@gmail.com
**What is the best way to contact you?**
Email
**Select the profession that best represents you:**
Other

# Whistleblower Declarations

*1. Are you, or were you at the time you acquired the original information you are submitting to us, a member, officer, or employee of the Department of Justice, the Securities and Exchange Commission, the Comptroller of the Currency, the Board of Governors of the Federal Reserve System, the Federal Deposit Insurance Corporation, the Office of Thrift Supervision, the Public Company Accounting Oversight Board, any law enforcement organization, or any national securities exchange, registered securities association, registered clearing agency, or the Municipal Securities Rulemaking Board?
No

*2. Are you, or were you at the time you acquired the original information you are submitting to us, a member, officer, or employee of a foreign government, any political subdivision, department, agency, or instrumentality of a foreign government, or any other foreign financial regulatory authority as that term is defined in Section 3(a)(52) of the Securities Exchange Act of 1934 (15 U.S.C. §78c(a)(52))?
No

*3. Did you acquire the information being submitted to us through the performance of an engagement required under the federal securities laws by an independent public accountant?
No

*4. Are you submitting this information pursuant to a cooperation agreement with the SEC or another agency or organization?
No

*5. Are you a spouse, parent, child, or sibling of a member or employee of the SEC, or do you reside in the same household as a member or employee of the SEC?
No

*7a. Are you submitting this information before you (or anyone representing you) received any investigative request, inquiry, or demand that relates to the subject matter of your submission from the SEC, Congress, or any other federal, state, or local authority, any self regulatory organization, or the Public Company Accounting Oversight Board?
Yes

*8a. Are you currently a subject or target of a criminal investigation, or have you been convicted of a criminal violation, in connection with the information you are submitting to the SEC?
No

*9a. Did you acquire the information being provided to us from any person described in questions 1 through 8?
No

10. Identify with particularity any documents or other information in your submission that you believe could reasonably be expected to reveal your identity, and explain the basis for your belief that your identity would be revealed if the documents were disclosed to a third party.
At this point, my identity is known to CTSI, and to any number of organizations involved. I will stand in testimony of my claims. The SEC does need to provide protection, as I've had a number of threats & legal actions against my person, safety, and well being!

*I declare under penalty of perjury under the laws of the United States that the information contained in this submission is true, correct, and complete to the best of my knowledge, information, and belief. I fully understand that I may be subject to prosecution and ineligible for a whistleblower award if, in my submission of information, my other dealings with the SEC, or my dealings with another authority in connection with a related action, I knowingly and willfully make any false, fictitious, or fraudulent statements or representations, or use any false writing or document knowing that the writing or document contains any false, fictitious, or fraudulent statement or entry.
Agree

## Whistleblower Declarations

*1. Are you, or were you at the time you acquired the original information you are submitting to us, a member, officer, or employee of the Department of Justice, the Securities and Exchange Commission, the Comptroller of the Currency, the Board of Governors of the Federal Reserve System, the Federal Deposit Insurance Corporation, the Office of Thrift Supervision, the Public Company Accounting Oversight Board, any law enforcement organization, or any national securities exchange, registered securities association, registered clearing agency, or the Municipal Securities Rulemaking Board?
No

*2. Are you, or were you at the time you acquired the original information you are submitting to us, a member, officer, or employee of a foreign government, any political subdivision, department, agency, or instrumentality of a foreign government, or any other foreign financial regulatory authority as that term is defined in Section 3(a)(52) of the Securities Exchange Act of 1934 (15 U.S.C. §78c(a)(52))?
No

**\*3. Did you acquire the information being submitted to us through the performance of an engagement required under the federal securities laws by an independent public accountant?**
No

**\*4. Are you submitting this information pursuant to a cooperation agreement with the SEC or another agency or organization?**
No

**\*5. Are you a spouse, parent, child, or sibling of a member or employee of the SEC, or do you reside in the same household as a member or employee of the SEC?**
No

**\*7a. Are you submitting this information before you (or anyone representing you) received any investigative request, inquiry, or demand that relates to the subject matter of your submission from the SEC, Congress, or any other federal, state, or local authority, any self regulatory organization, or the Public Company Accounting Oversight Board?**
Yes

**\*8a. Are you currently a subject or target of a criminal investigation, or have you been convicted of a criminal violation, in connection with the information you are submitting to the SEC?**
No

**\*9a. Did you acquire the information being provided to us from any person described in questions 1 through 8?**
No

**10. Identify with particularity any documents or other information in your submission that you believe could reasonably be expected to reveal your identity, and explain the basis for your belief that your identity would be revealed if the documents were disclosed to a third party.**
I am the spouse & partner of Steven Duane Curry, and I am aware of this matter, as I, too, am a crime victim of CTSI, and those they provide protection services for.

**\*I declare under penalty of perjury under the laws of the United States that the information contained in this submission is true, correct, and complete to the best of my knowledge, information, and belief. I fully understand that I may be subject to prosecution and ineligible for a whistleblower award if, in my submission of information, my other dealings with the SEC, or my dealings with another authority in connection with a related action, I knowingly and willfully make any false, fictitious, or fraudulent statements or representations, or use any false writing or document knowing that the writing or document contains any false, fictitious, or fraudulent statement or entry.**
Agree