Case 2:17-cv-01079-RB-GJF Document 62 Filed 08/01/18 Page 1 of 3

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO
AUG - 1 2018
MATTHEW J. DYKMAN CLERK

To: Matthew J. Dykman, Clerk of Court

Matthew: If you would be so kind as to return ALL of my Original submissions, in order of their submission, I would be most grateful! I will be using those documents in my upcoming Appeal. As for Mr. Robert Brack, you may want to encourage him to clean out his locker at the country club, and to pack his bags! It appears he is being called to the "Court of Last Resort" as cited by the N.M. Supreme Court in State v. Brown, Tijerina v. Baker, + Stack v. Boyle. For details, Mr. Brack may want to prepare for his appearance by reviewing the details as are given on the backside of this response. — OVER →

Note: You may want to look into Ashker v. Gov. of California, where prison reform is underway across the country! Mr. Brack will not want to be left out in his paying his share of the Bills!!

Steven Duane Curry, 38970
Otero County Detention Center
1958 Dr. Martin Luther King Drive
Alamogordo, NM 88310

[Left margin vertical text:] "For we must all appear before the judgement seat of Christ, so that each of us may receive what is due us for the things we've done, whether good or bad." — 2 Corinthians 5:10

# United States District Court
## District of New Mexico
### Office of the Clerk
### Cover Sheet

Date: April 17, 2018 08:35 AM MDT
To: Steven Duane Curry
From: Office of the Clerk, District of New Mexico
CM/ECF Support Number: (505) 348-2075
CM/ECF Support Email: cmecf@nmcourt.fed.us
Number of Pages (including cover sheet): 12
Comments: Case#2:17-cv-01079-RB-GJF Document#56 Filed:04/16/2018
Job: 561396be-a866-43b3-b763-4ae6e13ae89d

*** NOTICE TO ATTORNEYS ***

IMPORTANT: If you are an attorney of record on an active case and have not registered for a CM/ECF account, you need to do so now. Failure of an attorney to register in a timely manner will result in the issuance of a Notice of Deficiency in each of your cases. When reasonable attempts have been made by the Court and you still fail to register, the Court will discontinue the printing and mailing of case documents and corresponding attachments to you. You may obtain a registration form and information from our website at http://www.nmd.uscourts.gov.

The court will only print and mail documents to pro se parties and other individuals exempted from the mandatory e-filing requirements.

"For whatever is hidden is meant to be disclosed, and whatever is concealed is meant to be brought out into the open!" — Mark 4:21-23 (See Also: Occult Practices: @ Deuteronomy 18:9-13 [STARGATE])

I would direct Mr. Brack to revisit & uphold his Oath of Office & the Supreme Laws of the Land Clause, as described in Art. VI, Clauses 2 & 3; where Mr. Brack is Bound by the Constitution, which was drafted & framed with the Spirit & Intent of God's Laws, and not framed with the "Legal System" or any of its devices! As Mr. Brack has been instructed, the term "Legal", as defined by Encyclopedia Britannica Arts & Sciences Dictionary (1894), as "THE UNDOING OF GOD'S LAWS!", which creates a genuine conflict of interest for Mr. Brack, as he cannot serve two masters at the same time, and a Kingdom divided cannot stand!" –Mark 3:24 "But the fruit of the Spirit is love, joy, peace, forebearance, kindness, goodness, faithfulness, gentleness, and self-control! Against such things there is no Law!" –Galatians 5:22-23;

By dismissing my case, you have judged me, yet "I care very little that I am judged by you; indeed, I do not even judge myself! It is the ~~scribbled~~ Lord who judges you & me!" – 1 Corinthians 4:3-5;

In preparation, then, you need to review Mark 12:38-40; Mark 9:42 [STARGATE]; Mark 7:9-23; Mark 4:22-23, and my favorite: Matthew 23:1-39!!

For a look at the Court you will be appearing in, you will want to review Deuteronomy 17:1-13; Deut. 18:9; Deut. 16:18-20 & Deut. 1:16-18;

With this I shall petition & pray that God's unlimited Grace & Mercy be upon you for the rest of your days & that his judgment be merciful!

Humbly,

Christopher Dunn
All Rights Reserved

"If anyone causes one of these little ones to stumble, or those who believe in me to stumble, it would be better for them if a large millstone were hung around their necks and they were thrown into the sea!" –Mark 9:42

Inmate Name: Curry; Steven Duane ©
Inmate Number: 85382
CNMCF/CMRU/UNIT#: 1B-E114
P.O. Drawer 1328
Los Lunas, NM 87031

"INDIGENT" LEGAL MAIL!!

Case # 1:17-CV-01079

RECEIVED
At Albuquerque NM
AUG 01 2018
CLERK

To: Matthew J. Dykman; Clerk of Court
United States District Court
District of New Mexico
Office of the Clerk, Suite #270
333 Lomas Blvd. N.W.
Albuquerque, N.M. 87102

8710232274 C023

US POSTAGE $000.47